**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Case No.: 5:07-cv-00210**

| | |
|---|---|
| BOARD OF LAW EXAMINERS, also known as North Carolina Board of Law Examiners and as The Board of Law Examiners of the State of North Carolina<br><br>        Plaintiff,<br><br>    vs.<br><br>WEST PUBLISHING CORPORATION and THE THOMSON CORPORATION,<br>        Defendants, | DISCLOSURE OF CORPORATE, AFFILIATIONS AND OTHER ENTITIES WITH A DIRECT FINANCIAL INTEREST IN LITIGATION<br>~<br>FILED ON BEHALF OF<br>**BOARD OF LAW EXAMINERS, PLAINTIFF** |

Only one form need be completed for a party even if the party is represented by more than one attorney. Disclosures must be filed on behalf of individual parties as well as corporate parties. Disclosures are required from amicus curiae only if amicus is a corporation. Counsel has a continuing duty to update this information. Please file an original and three copies of this form.

**BOARD OF LAW EXAMINERS**, who is **Plaintiff,** makes the following disclosure:

1.    Is party a publicly held corporation or other publicly held entity?

    ( ) Yes **(X) No – party is a governmental entity**

2.    Does party have any parent corporations?

    ( ) Yes **(X) No**

    If yes, identify all parent corporations, including grandparent and great-grandparent corporations:
    _____

3.    Is 10% or more of the stock of a party owned by a publicly held corporation or other publicly-held entity?

    ( ) Yes **(X) No**

    If yes, identify all such owners:
    _____

4.    Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation?

( ) Yes **(X) No**

If yes, identify entity and nature of interest
_____

5.   Is party a trade association?

( ) Yes **(X) No**

If yes, identify all members of the association, their parent corporations, and any publicly held companies that own 10% or more of a member's stock:
_____

6.   If case arises out of a bankruptcy proceeding, identify any trustee and the members of any creditors' committee:

_____
_____

This the 8th day of June, 2007.

| | |
|---|---|
| /s/ James R. Van Camp | /s/ Susan Freya Olive |
| NC Bar #4646 | NC Bar #7252 |
| VAN CAMP, MEACHAM & NEWMAN, PLLC | OLIVE & OLIVE, P.A. |
| Attorneys for Plaintiff | Attorneys for Plaintiff |
| | |
| 2 Regional Circle | 500 Memorial Street |
| PO Box 1389 | PO Box 2049 |
| Pinehurst, NC 28374 | Durham, NC 27702-2049 |
| Telephone: (910) 295-2525 | Telephone: (919) 683-5514 |
| Fax: (910) 295-1520 | Fax: (919) 688-3781 |
| jamesv@vancamplaw.com | EmailboxEDNC@oliveandolive.com |