IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CASE NO.: 5:07-CV-210-D

| | |
|---|---|
| Board of Law Examiners, also known as )<br>North Carolina Board of Law Examiners )<br>and as The Board of Law Examiners of )<br>the State of North Carolina )<br>    Plaintiff )<br>)<br>vs. )<br>)<br>West Publishing Corporation and The )<br>Thomson Corporation, )<br>    Defendants ) | **REASSIGNMENT ORDER** |

At the recusal of the Honorable James Dever, U.S. District Judge and at the direction of the Court, and for the continued efficient administration of justice, the above captioned case is hereby reassigned to the Honorable Judge Terrence W. Boyle, United States District Judge to conduct all proceedings in this matter. All future pleadings should reflect the revised case number **5:07-CV-210-BO** .

SO ORDERED, this the 12th day of June, 2007.

_____
Dennis P. Iavarone
Clerk of Court