AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Eastern District of North Carolina

BOARD OF LAW EXAMINERS, also known as
North Carolina Board of Law Ex

**SUMMONS IN A CIVIL ACTION**

V.

WEST PUBLISHING CORPORATION and THE
THOMSON CORPORATION

CASE NUMBER: 5:07-cv-210 -BO

TO: (Name and address of Defendant)

The Thomson Corporation
One Station Place
Stamford, Connecticut 06902

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Susan Fraya Olive
OLIVE & OLIVE, P.A.
500 Memorial St., PO Box 2049
Durham, NC 27702

James R. Van Camp,
Van Camp, Meachan & Newman, PLLC
2 Regional Circle, PO Box 1389
Pinehurst, NC 28374

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

DENNIS P. IAVARONE, CLERK                 6-14-07

CLERK                                      DATE

*Bobbie R Beasley*

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

### RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
              Date                           *Signature of Server*

                              _____
                                     *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.