Board of Law Examiners v. West Publishing Corporation et al                                                                                           Doc.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION
## Case No. 5:07-cv-00210

| | |
|---|---|
| BOARD OF LAW EXAMINERS, also known as North Carolina Board of Law Examiners and as The Board of Law Examiners of the State of North Carolina,<br><br>Plaintiff<br><br>vs.<br><br>WEST PUBLISHING CORPORATION and THE THOMSON CORPORATION,<br><br>Defendants. | **DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER ENTITIES WITH A DIRECT FINANCIAL INTEREST IN LITIGATION** |

Pursuant to Fed.R.Civ.P. 7.1, Defendants West Publishing Corporation and The Thomson Corporation make the following disclosures:

1. Is West Publishing Corporation a publicly held corporation or other publicly held entity?

    YES ☐    NO ☒

2. Is The Thomson Corporation a publicly held corporation or other publicly held entity?

    YES ☒    NO ☐

3. Does West Publishing Corporation have any parent corporations?

    YES ☒    NO ☐

If yes, identify all parent corporations, including grandparent and great-grandparent corporations:

   The Thomson Corporation

4. Does The Thomson Corporation have any parent corporations?

    YES ☐    NO ☒

If yes, identify all parent corporations, including grandparent and great-grandparent corporations:

1

Dockets.Justia.com

5. Is 10% or more of the stock of West Publishing Corporation owned by a publicly held corporation or other publicly held entity?

    YES ☒    NO ☐

If yes, identify all such owners:

    The Thomson Corporation

6. Is 10% or more of the stock of The Thomson Corporation owned by a publicly held corporation or other publicly held entity?

    YES ☐    NO ☒

If yes, identify all such owners:

7. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation (Local Civil Rule 7.3 or Local Criminal Rule 12.3)?

    West Publishing Corporation:    YES ☐    NO ☒

    The Thomson Corporation:    YES ☐    NO ☒

If yes, identify entity and nature of interest:

8. Is West Publishing Corporation a trade association?

    YES ☐    NO ☒

If yes, identify all members of the association, their parent corporations, and any publicly held companies that own 10% or more of a member's stock:

9. Is The Thomson Corporation a trade association?

    YES ☐    NO ☒

If yes, identify all members of the association, their parent corporations, and any publicly held companies that own 10% or more of a member's stock:

10.   If case arises out of a bankruptcy proceeding, identify any trustee and the members of any creditor's committee:

This the 3rd day of July, 2007.

/s/ John F. Morrow, Jr.
John F. Morrow, Jr. (NCSB No. 23382)
Hampton Dellinger (NCSB No. 19903)
WOMBLE CARLYLE SANDRIDGE & RICE
*A Professional Limited Liability Company*
One West Fourth Street
Winston-Salem, North Carolina 27101
Telephone Number:  336-721-3584
Facsimile Number:  336-733-8429
jmorrow@wcsr.com
hdellinger@wcsr.com

*Attorneys for Defendants*

3

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that he is an attorney at law admitted to practice in this case, and is a person of such age and discretion as to be competent to serve process.

That on July 3, 2007, he caused to be served a copy of the foregoing **DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER ENTITIES WITH A DIRECT FINANCIAL INTEREST IN LITIGATION** in the manner designated below:

ADDRESSES:

*Via U.S. Mail and Electronic Service:*

James R. Van Camp
VAN CAMP, MEACHAM & NEWMAN, PLLC
2 Regional Circle
Post Office Box 1389
Pinehurst, NC  28374
jamesv@vancamplaw.com

Susan Freya Olive
OLIVE & OLIVE, P.A.
500 Memorial Street
Post Office Box 2049
Durham, NC  27702-2049
EmailboxEDNC@oliveandolive.com


By:   /s/ John F. Morrow, Jr.
      John F. Morrow, Jr.
      WOMBLE CARLYLE SANDRIDGE & RICE, PLLC
      One West Fourth Street
      Winston-Salem, North Carolina  27101
      Telephone:  (336) 721-3584
      Facsimile:  (336) 733-8429
      jmorrow@wcsr.com