Board of Law Examiners v. West Publishing Corporation et al                                                                                           Doc.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NORTH CAROLINA
# WESTERN DIVISION
# Case No. 5:07-cv-00210

| | |
|---|---|
| BOARD OF LAW EXAMINERS, also known as North Carolina Board of Law Examiners and as The Board of Law Examiners of the State of North Carolina,<br><br>Plaintiff<br><br>vs.<br><br>WEST PUBLISHING CORPORATION and THE THOMSON CORPORATION,<br><br>Defendants. | **CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT** |

Defendants West Publishing Corporation and The Thomson Corporation, through counsel and pursuant to Local Rule 6.1, hereby move for an extension of time up to and including August 10, 2007, within which to answer or otherwise respond to the Complaint. As cause therefore, Defendants show the Court as follows:

1. The deadline for Defendants to respond to the Complaint is July 13, 2007, and thus has not yet expired;

2. Defendants require additional time within which to investigate the facts and then prepare a response; and

3. The undersigned has discussed this request with counsel for Plaintiff, who have consented to the requested extension on behalf of Plaintiff.

**WHEREFORE**, Defendants respectfully request that an Order be entered allowing Defendants up through and including August 10, 2007, within which answer or otherwise respond to the Complaint. A proposed Order granting such extension is filed herewith.

2

This the 3rd day of July, 2007.

/s/ John F. Morrow, Jr.
John F. Morrow, Jr. (NCSB No. 23382)
Hampton Dellinger (NCSB No. 19903)
WOMBLE CARLYLE SANDRIDGE & RICE
*A Professional Limited Liability Company*
One West Fourth Street
Winston-Salem, North Carolina 27101
Telephone Number:  336-721-3584
Facsimile Number:  336-733-8429
jmorrow@wcsr.com
hdellinger@wcsr.com

*Attorneys for Defendants*

3

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that he is an attorney at law admitted to practice in this case, and is a person of such age and discretion as to be competent to serve process.

That on July 3, 2007, he caused to be served a copy of the foregoing **CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT and PROPOSED ORDER** in the manner designated below:

ADDRESSES:

*Via U.S. Mail and Electronic Service:*

James R. Van Camp
VAN CAMP, MEACHAM & NEWMAN, PLLC
2 Regional Circle
Post Office Box 1389
Pinehurst, NC  28374
jamesv@vancamplaw.com

Susan Freya Olive
OLIVE & OLIVE, P.A.
500 Memorial Street
Post Office Box 2049
Durham, NC  27702-2049
EmailboxEDNC@oliveandolive.com


By:   /s/ John F. Morrow, Jr.
      John F. Morrow, Jr.
      WOMBLE CARLYLE SANDRIDGE & RICE, PLLC
      One West Fourth Street
      Winston-Salem, North Carolina  27101
      Telephone:  (336) 721-3584
      Facsimile:  (336) 733-8429
      jmorrow@wcsr.com