Board of Law Examiners v. West Publishing Corporation et al                                                      Doc. 1

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION
### Case No. 5:07-cv-00210

| | |
|---|---|
| BOARD OF LAW EXAMINERS, also known as North Carolina Board of Law Examiners and as The Board of Law Examiners of the State of North Carolina,<br><br>Plaintiff<br><br>vs.<br><br>WEST PUBLISHING CORPORATION and THE THOMSON CORPORATION,<br><br>Defendants. | |

## NOTICE OF APPERANCE

Pursuant to Local Rule 83.1E, James F. Rittinger, an attorney with the law firm of Satterlee Stephens Burke & Burke, LLP, located at 230 Park Avenue, Suite 1130, New York, New York 10169, hereby gives notice of his appearance as counsel for Defendants, West Publishing Corporation and The Thomson Corporation, in this matter. Mr. Rittinger appears in association with co-counsel, John F. Morrow, of the North Carolina law firm of Womble Carlyle Sandridge & Rice, PLLC. Mr. Rittinger is a member in good standing of the bar of New York since April 26, 1972. Mr. Rittinger is also duly licensed to practice law in the United States District Court for the Southern, Eastern, Northern and Western Districts of New York, and the United States Courts of Appeals for the 2nd, 3rd, 4th, 6th, 9th, and 11th Circuits.

Dated:     July 26, 2007

| | |
|---|---|
| /s/ John F. Morrow, Jr. | /s/ James F. Rittinger |
| John F. Morrow, Jr. (NCSB No. 23382) | James F. Rittinger (NYSB No. JR-0556) |
| WOMBLE CARLYLE SANDRIDGE & RICE, PLLC | SATTERLEE STEPHENS BURKE & BURKE, LLP |
| One West Fourth Street | 230 Park Avenue, Suite 1130 |
| Winston-Salem, NC 27101 | York, New York 10169 |
| Telephone: 336-721-3584 | Telephone: 212-818-9200 |
| Facsimile: 336-733-8429 | Facsimile: 212-818-9606 |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that he is an attorney at law admitted to practice in this case, and is a person of such age and discretion as to be competent to serve process.

That on July 26, 2007, he caused to be served a copy of the foregoing *Notice of Appearance* in the manner designated below:

ADDRESSES:

*Via U.S. Mail and Electronic Service:*

James R. Van Camp
VAN CAMP, MEACHAM & NEWMAN, PLLC
2 Regional Circle
Post Office Box 1389
Pinehurst, NC  28374
jamesv@vancamplaw.com

Susan Freya Olive
OLIVE & OLIVE, P.A.
500 Memorial Street
Post Office Box 2049
Durham, NC  27702-2049
EmailboxEDNC@oliveandolive.com


By:     /s/ John F. Morrow, Jr.
        John F. Morrow, Jr.
        WOMBLE CARLYLE SANDRIDGE & RICE, PLLC
        One West Fourth Street
        Winston-Salem, North Carolina  27101
        Telephone:  (336) 721-3584
        Facsimile:  (336) 733-8429
        jmorrow@wcsr.com