IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Case No.: 5:07-cv-00210-H

| | |
|---|---|
| BOARD OF LAW EXAMINERS, also known as North Carolina Board of Law Examiners and as The Board of Law Examiners of the State of North Carolina<br>        Plaintiff,<br><br>vs.<br><br>WEST PUBLISHING CORPORATION and THE THOMSON CORPORATION,<br>        Defendants, | **PLAINTIFF'S CONSENTED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTION TO DISMISS [D-12]**<br>**(F.R.Civ.P. 6(b))** |

Plaintiff requests that the Court grant to it an extension of time of thirty (30) days, through and including **October 4, 2007** within which to respond to Defendant's Motion to Dismiss [D-12].

As grounds therefor, Plaintiff respectfully shows the following:

1. The Complaint in this action was filed on June 11, 2007.

2. After requesting and receiving consented extensions of time to respond thereto, Defendants filed their instant Motion to Dismiss on the afternoon of Friday, August 10, 2007.

3. Plaintiff and its counsel have been engaged since immediately following the filing of Defendants' motion in grading the North Carolina Bar Examination, an endeavor which concluded on Friday, August 24, 2007. As a result, neither Plaintiff nor its counsel have been able to devote time or attention to the pleading filed by Defendants or to considering and preparing an appropriate response thereto. The requested extension will provide such time, will not unduly delay proceedings herein, and accordingly is in the interests of justice.

4. Counsel for Defendants have been consulted and have expressly consented to the requested extension of time.

-2-

Wherefore, Plaintiff requests that the Court enter an Order permitting Plaintiff to file, on or before **October 4, 2007,** its response to Defendant's Motion to Dismiss [D-12].

This the 27th day of August, 2007.

| | |
|---|---|
| /s/ James R. Van Camp<br>   NC Bar #4646<br>VAN CAMP, MEACHAM & NEWMAN, PLLC<br>Attorneys for Plaintiff | /s/ Susan Freya Olive<br>   NC Bar #7252<br>OLIVE & OLIVE, P.A.<br>Attorneys for Plaintiff |
| 2 Regional Circle<br>PO Box 1389<br>Pinehurst, NC 28374<br>Telephone: (910) 295-2525<br>Fax: (910) 295-1520<br>jamesv@vancamplaw.com | 500 Memorial Street<br>PO Box 2049<br>Durham, NC 27702-2049<br>Telephone: (919) 683-5514<br>Fax: (919) 688-3781<br>EmailboxEDNC@oliveandolive.com |

-3-

## CERTIFICATE OF SERVICE

The undersigned certifies that on this date the foregoing document, together with any and all attachments thereto, was filed electronically with the Court using the CM/ECF system which will send notice of this filing electronically to Defendants, represented by the following counsel of record:

>John F. Morrow, Jr.
>Sean E. Andrussier
>Hampton Dellinger
>Womble Carlyle Sandridge & Rice
>One West Fourth St.
>Winston-Salem, NC 27101
>jmorrow@wcsr.com
>sandrussier@wcrs.com
>hdellinger@wcsr.com

this 27th day of August, 2007.

>/s/ Susan Freya Olive
>   NC Bar #7252
>OLIVE & OLIVE, P.A.
>Attorneys for Plaintiff
>
>500 Memorial Street
>PO Box 2049
>Durham, NC 27702-2049
>Telephone: (919) 683-5514
>Fax:  (919) 688-3781
>EmailboxEDNC@oliveandolive.com