IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Case No.: 5:07-cv-00210-H

| | |
|---|---|
| BOARD OF LAW EXAMINERS, also known as North Carolina Board of Law Examiners and as The Board of Law Examiners of the State of North Carolina<br>　　　　　Plaintiff,<br><br>vs.<br><br>WEST PUBLISHING CORPORATION and THE THOMSON CORPORATION,<br>　　　　　Defendants, | ORDER GRANTING<br>PLAINTIFF'S CONSENTED MOTION<br>FOR EXTENSION OF TIME<br>TO RESPOND TO<br>DEFENDANTS' MOTION TO DISMISS |

This cause coming before the Court on Plaintiff's consented Motion for Extension of Time and it appearing to the Court that good cause has been shown therefor,

NOW THERFORE, it is ORDERED that the time within which Plaintiff must respond to Defendant's Motion to Dismiss [D-12] is extended through and including **October 4, 2007.**

This the 28th day of Aug., 2007.

_[signature]_