# EXHIBIT A

# Copyright Registrations Owned by the North Carolina Department of Public Instruction

Dockets.Justia.com



| Help | Search | History | Titles | Start Over |

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Builder = (North Carolina Department of Public Instruction)[ in Name: Claimant ]
Search Results: Displaying 1 through 25 of 280 entries.

◄ previous | 26 51 76 101 126 ... 276 | next ►

Resort results by: [ ▼ ]

Set Search Limits

| # | Full Title | Copyright Number | Date |
|---|---|---|---|
| [ 1 ] | 2002-03 report of student performance North Carolina tests of computer skills : pub. September 2004. | TX0006054631 | 2004 |
| [ 2 ] | 2004-05 report of student performance on the North Carolina Computer Skills Proficiency Standard. | TX0006362602 | 2005 |
| [ 3 ] | ABC tools. | TX0005784471 | 2002 |
| [ 4 ] | ABC tools. | TX0005007300 | 1999 |
| [ 5 ] | Administrative information guide NC computer skills alternate assessment 2005-2006. | TX0006445723 | 2006 |
| [ 6 ] | Algebra I, end-of-course, 2004-05. | TX0006104016 | 2004 |
| [ 7 ] | Algebra II, end-of-course, 2004-05. | TX0006104015 | 2004 |
| [ 8 ] | Biology, end-of-course, 2004-05. | TX0006104014 | 2004 |
| [ 9 ] | Budget utilization and development system : BUD : release 1.0.0. | TX0003961042 | 1994 |
| [ 10 ] | Chemistry, end-of-course, 2004-05. | TX0006104013 | 2004 |

| | | | |
|---|---|---|---|
| ☐ [ 11 ] | Civics and economics, end-of-course, 2004-05. | TX0006104018 | 2004 |
| ☐ [ 12 ] | End of course testing : North Carolina test of algebra I : form R. | TX0005174990 | 1996 |
| ☐ [ 13 ] | End of course testing : North Carolina test of biology : forms P, Q, R. | TX0005174988 | 1999 |
| ☐ [ 14 ] | End of course testing : North Carolina test of chemistry : forms D, E, F. | TX0005174987 | 1998 |
| ☐ [ 15 ] | End of course testing : North Carolina test of economic, legal, and political systems : forms G, H, I. | TX0005174986 | 1999 |
| ☐ [ 16 ] | End of course testing : North Carolina test of English : forms N, P, R. | TX0005174991 | 1999 |
| ☐ [ 17 ] | End of course testing : North Carolina test of geometry : form I. | TX0005174989 | 1999 |
| ☐ [ 18 ] | End of course testing : North Carolina test of physical science : forms D, E, F. | TX0005174985 | 1999 |
| ☐ [ 19 ] | End of course testing : North Carolina test of U.S. history : forms R, S, U, V, W, X. | TX0005174992 | 1998 |
| ☐ [ 20 ] | End of grade testing : grade 4 : North Carolina, forms O, P, Q. | TX0005174981 | 1998 |
| ☐ [ 21 ] | End of grade testing : grade 7 : North Carolina, forms O, P, Q. | TX0005174983 | 1997 |
| ☐ [ 22 ] | End of grade testing : grade 8 : North Carolina, forms O, P, Q. | TX0005174984 | 1997 |
| ☐ [ 23 ] | End of grade tests : grade 3 : North Carolina, O, P, Q. | TX0005174980 | 1998 |
| ☐ [ 24 ] | End of grade tests : grade 5 : North Carolina, forms O, P. | TX0005174982 | 1998 |
| ☐ [ 25 ] | English I, end-of-course, 2004-05. | TX0006104012 | 2004 |

**Resort results by:** [ ▼ ]                    Set Search Limits

Clear Selected        Retain Selected

◁ **previous** | 26 51 76 101 126 ... 276 | **next** ▶

| Save, Print and Email (Help Page) | | |
|---|---|---|
| **Records** | Select Format: Full Record ▼ | Format for Print/Save |
| ☐ All on Page | | |



**Help** | **Search** | **History** | **Titles** | **Start Over**

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Builder = (North Carolina Department of Public Instruction)[ in Name: Claimant ]
Search Results: Displaying 26 through 50 of 280 entries.

◀ **previous**   1 26 51 76 101 126 151 ... 276   **next** ▶

**Resort results by:** [ ▼ ]

Set Search Limits

| # | Full Title | Copyright Number | Date |
|---|---|---|---|
| ☐ [ 26 ] | EXTEND2 alternate assessment EOG reading and mathematics grades 3-8 : test administrator's manual. | TX0006463327 | 2003 |
| ☐ [ 27 ] | Field tests : North Carolina end-of-course tests of civics and economics and US history, 2004-2005 : test administrator's manual. | TX0006117019 | 2004 |
| ☐ [ 28 ] | Geometry, end-of-course, 2004-05. | TX0006104011 | 2004 |
| ☐ [ 29 ] | Grade 10 writing, 2004-05. | TX0006104031 | 2004 |
| ☐ [ 30 ] | Grade 3 mathematics, 2004-05. | TX0006104030 | 2004 |
| ☐ [ 31 ] | Grade 3 reading, 2004-05. | TX0006104024 | 2004 |
| ☐ [ 32 ] | Grade 4 mathematics, 2004-05. | TX0006104029 | 2004 |
| ☐ [ 33 ] | Grade 4 reading, 2004-05. | TX0006104023 | 2004 |
| ☐ [ 34 ] | Grade 4 writing, 2004-05. | TX0006104033 | 2004 |
| ☐ [ 35 ] | Grade 5 mathematics, 2004-05. | TX0006104028 | 2004 |

| | | | |
|---|---|---|---|
| [ 36 ] | Grade 5 reading, 2004-05. | TX0006104022 | 2004 |
| [ 37 ] | Grade 6 mathematics, 2004-05. | TX0006104027 | 2004 |
| [ 38 ] | Grade 6 reading, 2004-05. | TX0006104021 | 2004 |
| [ 39 ] | Grade 7 mathematics, 2004-05. | TX0006104026 | 2004 |
| [ 40 ] | Grade 7 reading, 2004-05. | TX0006104020 | 2004 |
| [ 41 ] | Grade 7 writing, 2004-05. | TX0006104032 | 2004 |
| [ 42 ] | Grade 8 mathematics, 2004-05. | TX0006104025 | 2004 |
| [ 43 ] | Grade 8 reading, 2004-05. | TX0006104019 | 2004 |
| [ 44 ] | Guidelines for writing multiple-choice test items : reading comprehension, English I. | TX0005994255 | 2004 |
| [ 45 ] | History, end-of-course, 2004-05. | TX0006104017 | 2004 |
| [ 46 ] | Human resource management system software package. | TX0003481702 | 1992 |
| [ 47 ] | Human resource management system software package. | TX0003925813 | 1992 |
| [ 48 ] | Linking curriculum, instruction, and assessment--a topical unit on time : grades 7-8 reading. | TX0003679163 | 1993 |
| [ 49 ] | NC EOG tests grade 3 mathematics calculator inactive, reading comprehension mathematics calculator active forms. | TX0006445733 | 2006 |
| [ 50 ] | NC EOG tests grade 4 mathematics calculator inactive, reading comprehension, mathematics calculator active forms. | TX0006445734 | 2006 |

**Resort results by:** [                    ▼]                          Set Search Limits

◄ **previous** 1 26 51 76 101 126 151 ... 276 **next** ►

Clear Selected        Retain Selected

| Save, Print and Email (Help Page) | |
|---|---|
| **Records** | Select Format: [Full Record ▼]    Format for Print/Save |
| ○ All on Page | |



Help | Search | History | Titles | Start Over

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Builder = (North Carolina Department of Public Instruction)[ in Name: Claimant ]
Search Results: Displaying 51 through 75 of 280 entries.

◀ previous | 1 26 51 76 101 126 151 176 ... 276 | next ▶

Resort results by: [          ▼]                                    Set Search Limits

| # | Full Title | Copyright Number | Date |
|---|---|---|---|
| ☐ [ 51 ] | NC EOG tests grade 5 mathematics calculator inactive, reading comprehension, mathematics calculator active forms. | TX0006445731 | 2006 |
| ☐ [ 52 ] | NC EOG tests grade 6-mathematics calculator inactive, reading comprehension, mathematics calculator active form K1, K2, L1, L2, M1, M2, N1, N2, O1, O2, P1, P2. | TX0006445498 | 2006 |
| ☐ [ 53 ] | NC EOG tests grade 7-mathematics calculator inactive, reading comprehension, mathematics calculator active form K1, K2, L1, L2, M1, M2, N1, N2, O1, O2, P1, P2. | TX0006445499 | 2006 |
| ☐ [ 54 ] | NC EOG tests grade 8-mathematics calculator inactive, reading comprehension, mathematics calculator active form K1, K2, L1, L2, M1, M2, N1, N2, O1, O2, P1, P2. | TX0006445500 | 2006 |
| ☐ [ 55 ] | NC grade 3 practice activity multiple choice 2006-2007 : teacher's guide. | TX0006463323 | 2006 |
| ☐ [ 56 ] | NC pretest grade 3 mathematics calculator inactive, reading comprehension , mathematics calculator active form. | TX0006445732 | 2006 |
| ☐ [ 57 ] | NCCATS field test of mathematics : grade 10, NCCATS form 13. | TX0005787844 | 2003 |
| ☐ [ 58 ] | NCCATS field test of mathematics : grade 4, NCCATS form 2. | TX0005787880 | 2003 |
| ☐ [ 59 ] | NCCATS field test of mathematics : grade 5, NCCATS form 3. | TX0005787879 | 2003 |

| | | | |
|---|---|---|---|
| [ 60 ] | NCCATS field test of mathematics : grade 6, NCCATS form 4. | TX0005787878 | 2003 |
| [ 61 ] | NCCATS field test of mathematics : grade 7, NCCATS form 5. | TX0005787846 | 2003 |
| [ 62 ] | NCCATS field test of mathematics : grade 8, NCCATS form 6. | TX0005787845 | 2003 |
| [ 63 ] | NCCATS field test of reading : grade 3, NCCATS form 7. | TX0005787843 | 2003 |
| [ 64 ] | NCEXTEND1 test of English/language arts gr 3-8 & 10, math gr 3-8 & 10, writing grade 4, 7 & 10, science gr 5, 8 & 10. | TX0006463328 | 2006 |
| [ 65 ] | NCEXTEND2 field test of mathematics : grade 3 forms 1-3, grade 4 forms 1-3, grade 5 forms 1-3, grade 6 forms 1-3, grade 7 forms 1-3, grade 8 forms 1-3. | TX0006295281 | 2006 |
| [ 66 ] | NCEXTEND2 field test of reading : grade 3 forms 1-3, grade 4 forms 1-3, grade 5 forms 1-3, grade 6 forms 1-3, grade 7 forms 1-3, grade 8 forms 1-3. | TX0006295282 | 2006 |
| [ 67 ] | North Carolina algebra II test : form A. | TX0002112668 | 1987 |
| [ 68 ] | North Carolina alternate assessment academic inventory. | TX0005528613 | 2001 |
| [ 69 ] | North Carolina alternate assessment academic inventory : end-of-course albegra I. | TX0005921784 | 2003 |
| [ 70 ] | North Carolina alternate assessment academic inventory : end-of-course albegra II. | TX0005921785 | 2003 |
| [ 71 ] | North Carolina alternate assessment academic inventory : end-of-course, algebra I. | TX0005787849 | 2002 |
| [ 72 ] | North Carolina alternate assessment academic inventory : end-of-course, algebra II. | TX0005787851 | 2002 |
| [ 73 ] | North Carolina alternate assessment academic inventory : end-of-course biology. | TX0005921786 | 2003 |
| [ 74 ] | North Carolina alternate assessment academic inventory : end-of-course, biology. | TX0005787862 | 2002 |
| [ 75 ] | North Carolina alternate assessment academic inventory : end-of-course chemistry. | TX0005921787 | 2003 |

**Resort results by:**           Set Search Limits

Clear Selected     Retain Selected

◀ **previous**  1 26 51 76 101 126 151 176 ... 276  **next** ▶



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Builder = (North Carolina Department of Public Instruction)[ in Name: Claimant ]
Search Results: Displaying 76 through 100 of 280 entries.

◀ previous  1 26 51 76 101 126 151 176 201 ... 276  next ▶

**Resort results by:** [ ▼ ]                     Set Search Limits

| # | Full Title | Copyright Number | Date |
|---|---|---|---|
| ☐ [ 76 ] | North Carolina alternate assessment academic inventory : end-of-course, chemistry. | TX0005787861 | 2002 |
| ☐ [ 77 ] | North Carolina alternate assessment academic inventory : end-of-course ELPS. | TX0005921788 | 2003 |
| ☐ [ 78 ] | North Carolina alternate assessment academic inventory : end-of-course, ELPS. | TX0005787863 | 2002 |
| ☐ [ 79 ] | North Carolina alternate assessment academic inventory : end-of-course English. | TX0005921790 | 2003 |
| ☐ [ 80 ] | North Carolina alternate assessment academic inventory : end-of-course, English I. | TX0005787860 | 2002 |
| ☐ [ 81 ] | North Carolina alternate assessment academic inventory : end-of-course geometry. | TX0005921791 | 2003 |
| ☐ [ 82 ] | North Carolina alternate assessment academic inventory : end-of-course, geometry. | TX0005787859 | 2002 |
| ☐ [ 83 ] | North Carolina alternate assessment academic inventory : end-of-course physical science. | TX0005921792 | 2003 |
| ☐ [ 84 ] | North Carolina alternate assessment academic inventory : end-of-course, physical science. | TX0005787858 | 2002 |
| ☐ [ 85 ] | North Carolina alternate assessment academic inventory : end-of-course physics. | TX0005921789 | 2003 |

| | | | |
|---|---|---|---|
| [ 86 ] | North Carolina alternate assessment academic inventory : end-of-course, physics. | TX0005787850 | 2002 |
| [ 87 ] | North Carolina alternate assessment academic inventory : end-of-course, US history. | TX0005787848 | 2002 |
| [ 88 ] | North Carolina alternate assessment academic inventory for end-of-course, 2004-05 : test administrator's guide. | TX0006117018 | 2004 |
| [ 89 ] | North Carolina alternate assessment academic inventory for grades 3-8 and 10, 2004-05 : test administrator's guide. | TX0006117016 | 2004 |
| [ 90 ] | North Carolina alternate assessment academic inventory : mathematics skills : K-2nd, 3rd, 4th, 5th, 6th, 7th, 8th & 10th grades. | TX0005921781 | 2003 |
| [ 91 ] | North Carolina alternate assessment academic inventory : mathematics skills, K-2nd grade--8th grade, 10th grade. | TX0005787865 | 2002 |
| [ 92 ] | North Carolina alternate assessment academic inventory (NCAAAI) mathematics 2004-2005 : grade K, 1, 2, 10. | TX0006208760 | 2004 |
| [ 93 ] | North Carolina alternate assessment academic inventory (NCAAAI) reading 2004-2005 : grade K, 1, 2, 10. | TX0006170752 | 2004 |
| [ 94 ] | North Carolina alternate assessment academic inventory : reading skills : K-2nd, 3rd, 4th, 5th, 6th, 7th, 8th & 10th grades. | TX0005921782 | 2003 |
| [ 95 ] | North Carolina alternate assessment academic inventory : reading skills, K-2nd grade--8th grade, 10th grade. | TX0005787864 | 2002 |
| [ 96 ] | North Carolina alternate assessment academic inventory : writing skills : 4th, 7th & 10th grades. | TX0005921783 | 2003 |
| [ 97 ] | North Carolina alternate assessment academic inventory : writing skills, 4th grade, 7th grade, 10th grade. | TX0005787852 | 2002 |
| [ 98 ] | North Carolina alternate assessment portfolio. | TX0005528614 | 2001 |
| [ 99 ] | North Carolina alternate assessment portfolio, 2004, no. 9036. | TX0006104008 | 2004 |
| [ 100 ] | North Carolina alternate assessment portfolio, 2005-2006. | TX0006295275 | 2005 |

Resort results by: [            ▼]                                          Set Search Limits

Clear Selected        Retain Selected

◀ previous  1 26 51 76 101 126 151 176 201 ... 276  next ▶

| Save, Print and Email (Help Page) | | |
|---|---|---|
| **Records** | Select Format: [Full Record ▼]    Format for Print/Save | |
| ○ All on Page | | |

**Copyright**
United States Copyright Office

| Help | Search | History | Titles | Start Over |

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Builder = (North Carolina Department of Public Instruction)[ in Name: Claimant ]
Search Results: Displaying 101 through 125 of 280 entries.

◀ **previous** 1 ... 51 76 101 126 151 176 201 226 ... 276 **next** ▶

Resort results by: [            ▼]                                    Set Search Limits

| # | Full Title | Copyright Number | Date |
|---|---|---|---|
| ☐ [ 101 ] | North Carolina alternate assessment portfolio administrative guide. | TX0006173172 | 2004 |
| ☐ [ 102 ] | North Carolina alternate assessment portfolio : portfolio development designer/teacher handbook : stock no. 9128. | TX0006158891 | 2004 |
| ☐ [ 103 ] | North Carolina biology tests : form A. | TX0002110744 | 1987 |
| ☐ [ 104 ] | North Carolina checklist of academic standards (NCCLAS), end of course : algebra I, algebra II, biology, chemistry, English I. | TX0006306113 | 2005 |
| ☐ [ 105 ] | North Carolina checklist of academic standards (NCCLAS), grade 3 mathematics, end of grade, grades 3-8, 10. | TX0006306112 | 2005 |
| ☐ [ 106 ] | North Carolina checklist of academic standards (NCCLAS), grade 3 reading, end of grade, 2005-06, grades 3-8, 10. | TX0006306114 | 2005 |
| ☐ [ 107 ] | North Carolina checklist of academic standards (NCCLAS), writing, end of grade, grades 4, 7, 10. | TX0006306111 | 2005 |
| ☐ [ 108 ] | North Carolina competency test : instructional materials. | TX0005921780 | 2003 |
| ☐ [ 109 ] | North Carolina competency test of mathematics : competency form FF-HH. | TX0005787873 | 2003 |
| ☐ [ 110 ] | North Carolina competency test of reading : competency form K. | TX0005921779 | 2003 |


| | | | |
|---|---|---|---|
| [ 111 ] | North Carolina competency test of reading : competency form L. | TX0005787872 | 2003 |
| [ 112 ] | North Carolina end of course testing. | TX0004133272 | 1995 |
| [ 113 ] | North Carolina end-of-grade field tests : grade 3, forms 1-8. | TX0005412923 | 2001 |
| [ 114 ] | North Carolina end-of-grade field tests : grade 4, forms 1-8. | TX0005412925 | 2001 |
| [ 115 ] | North Carolina end-of-grade field tests : grade 5, forms 1-8. | TX0005412926 | 2001 |
| [ 116 ] | North Carolina end-of-grade field tests : grade 6, forms 1-8. | TX0005412922 | 2001 |
| [ 117 ] | North Carolina end-of-grade field tests : grade 7, forms 1-8. | TX0005412924 | 2001 |
| [ 118 ] | North Carolina end-of-grade field tests : grade 8, forms 1-11. | TX0005412921 | 2001 |
| [ 119 ] | North Carolina end-of-grade field tests : mathematics : grade 5, form 11[-12] | TX0005528603 | 2002 |
| [ 120 ] | North Carolina end-of-grade field tests : mathematics : grade 6, form 15[-24] | TX0005528605 | 2002 |
| [ 121 ] | North Carolina end-of-grade field tests : mathematics : grade 8, form 15[-27] | TX0005528620 | 2002 |
| [ 122 ] | North Carolina end of grade testing. | TX0004133268 | 1995 |
| [ 123 ] | North Carolina end-of-grade tests 1994-1995. | TX0004122478 | 1995 |
| [ 124 ] | North Carolina end-of-grade tests--grade 3. | TX0005187803 | 2000 |
| [ 125 ] | North Carolina end-of-grade tests : grade 3, form D-F. | TX0005787871 | 2003 |

**Resort results by:** [                    ▼]                    Set Search Limits

Clear Selected        Retain Selected

◀ previous    1 ... 51 76 101 126 151 176 201 226 ... 276    next ▶

| Save, Print and Email (Help Page) | |
|---|---|
| **Records** | Select Format: [Full Record ▼]    Format for Print/Save |
| ○ All on Page | |



**Help**  **Search**  **History**  **Titles**  **Start Over**

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Builder = (North Carolina Department of Public Instruction)[ in Name: Claimant ]
Search Results: Displaying 126 through 150 of 280 entries.

◄ **previous** 1 ... 76 101 126 151 176 201 226 251 276 **next** ►

**Resort results by:** [ ▼ ]

Set Search Limits

| # | Full Title | Copyright Number | Date |
|---|---|---|---|
| ☐ [ 126 ] | North Carolina end of grade tests--grade 3 : forms A-C. | TX0005422782 | 2001 |
| ☐ [ 127 ] | North Carolina end-of-grade tests--grade 4. | TX0005187804 | 2000 |
| ☐ [ 128 ] | North Carolina end-of-grade tests : grade 4, form D-F. | TX0005787870 | 2003 |
| ☐ [ 129 ] | North Carolina end of grade tests--grade 4 : form G. | TX0005953091 | 2003 |
| ☐ [ 130 ] | North Carolina end of grade tests--grade 4 : forms A-C. | TX0005422783 | 2001 |
| ☐ [ 131 ] | North Carolina end-of-grade tests : grade 5, form D-F. | TX0005787869 | 2003 |
| ☐ [ 132 ] | North Carolina end of grade tests--grade 5 : form G. | TX0005953092 | 2003 |
| ☐ [ 133 ] | North Carolina end-of-grade tests : grade 5, forms A-C. | TX0005412928 | 2001 |
| ☐ [ 134 ] | North Carolina end-of-grade tests : grade 6, form A-C. | TX0005412920 | 2001 |
| ☐ [ 135 ] | North Carolina end-of-grade tests : grade 6, form D-F. | TX0005787868 | 2003 |

| | | | |
|---|---|---|---|
| ☐ [ 136 ] | North Carolina end of grade tests--grade 6 : form G. | TX0005953093 | 2004 |
| ☐ [ 137 ] | North Carolina end-of-grade tests--grade 6, forms. | TX0005281273 | 1997 |
| ☐ [ 138 ] | North Carolina end-of-grade tests : grade 7, form C-D. | TX0005787867 | 2003 |
| ☐ [ 139 ] | North Carolina end-of-grade tests : grade 7, forms A-B. | TX0005412927 | 2001 |
| ☐ [ 140 ] | North Carolina end-of-grade tests : grade 8, form C-E. | TX0005787866 | 2003 |
| ☐ [ 141 ] | North Carolina end of grade tests--grade 8 : form F. | TX0005953094 | 2004 |
| ☐ [ 142 ] | North Carolina end-of-grade tests : grade 8, forms A-B. | TX0005412929 | 2001 |
| ☐ [ 143 ] | North Carolina end-of-grade tests : grades 3-8, forms D-G. | TX0004007812 | 1994 |
| ☐ [ 144 ] | North Carolina field test of algebra I : End of course testing : forms 1-5. | TX0005436711 | 2000 |
| ☐ [ 145 ] | North Carolina field test of algebra I : forms 1-5, 2005. | TX0006295278 | 2005 |
| ☐ [ 146 ] | North Carolina field test of algebra I, forms 6 & 7. | TX0006445503 | 2006 |
| ☐ [ 147 ] | North Carolina field test of algebra I : forms 6-8. | TX0005422781 | 2001 |
| ☐ [ 148 ] | North Carolina field test of algebra I : form[s] A, B, C. | TX0005382131 | 2000 |
| ☐ [ 149 ] | North Carolina field test of algebra II : form 9[-18] | TX0005528608 | 2002 |
| ☐ [ 150 ] | North Carolina field test of algebra II : form[s] 1-5. | TX0005382133 | 2000 |

**Resort results by:** [                    ▼]

<u>Set Search Limits</u>

Clear Selected    Retain Selected

◀ **previous**   1 ... 76 101 126 151 176 201 226 251 276   **next** ▶

| Save, Print and Email (Help Page) | |
|---|---|
| **Records** | Select Format: Full Record ▼    Format for Print/Save |
| ☐ All on Page | |

**Copyright**
United States Copyright Office

| Help | Search | History | Titles | Start Over |

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Builder = (North Carolina Department of Public Instruction)[ in Name: Claimant ]
Search Results: Displaying 151 through 175 of 280 entries.

◀ previous  1 ... 101 126 151 176 201 226 251 276  next ▶

**Resort results by:** [ ▼ ]                    Set Search Limits

| # | Full Title | Copyright Number | Date |
|---|------------|------------------|------|
| ☐ [ 151 ] | North Carolina field test of algebra II : forms 1-5, 2005. | TX0006295277 | 2005 |
| ☐ [ 152 ] | North Carolina field test of algebra II : forms 6-8. | TX0005422780 | 2001 |
| ☐ [ 153 ] | North Carolina field test of algebra II : form[s] A, B, C. | TX0005382128 | 2000 |
| ☐ [ 154 ] | North Carolina field test of biology : form[s] 1-7. | TX0005382132 | 2000 |
| ☐ [ 155 ] | North Carolina field test of biology : forms 8-11. | TX0005422777 | 2001 |
| ☐ [ 156 ] | North Carolina field test of biology : form[s] U, V. | TX0005382127 | 2000 |
| ☐ [ 157 ] | North Carolina field test of chemistry : form[s] 1-7. | TX0005382125 | 2000 |
| ☐ [ 158 ] | North Carolina field test of chemistry : forms 8-13. | TX0005422786 | 2001 |
| ☐ [ 159 ] | North Carolina field test of civics and economics, forms 1, 2, 3, 4, 5, 6. | TX0006104034 | 2004 |
| ☐ [ 160 ] | North Carolina field test of computer skills : form 1[-2] | TX0005528616 | 2002 |

| | | | |
|---|---|---|---|
| [ 161 ] | North Carolina field test of computer skills : form 1-2. | TX0005787874 | 2002 |
| [ 162 ] | North Carolina field test of computer skills : form[s] D, E. | TX0005382126 | 2000 |
| [ 163 ] | North Carolina field test of English : forms 1-9, 2005. | TX0006295276 | 2005 |
| [ 164 ] | North Carolina field test of English I : form 1[-13] | TX0005528606 | 2002 |
| [ 165 ] | North Carolina field test of English I, forms 1,2,3,4,5,6,7,8,9,10, and 11. | TX0006445505 | 2006 |
| [ 166 ] | North Carolina field test of geometry : form 9[-19] | TX0005528602 | 2002 |
| [ 167 ] | North Carolina field test of geometry : forms 1-4, 2005. | TX0006295273 | 2005 |
| [ 168 ] | North Carolina field test of geometry : form[s] 1-5. | TX0005382124 | 2000 |
| [ 169 ] | North Carolina field test of geometry, forms 5, 6 & 7. | TX0006445504 | 2006 |
| [ 170 ] | North Carolina field test of geometry : forms 6-8. | TX0005422779 | 2001 |
| [ 171 ] | North Carolina field test of geometry : form[s] A, B, C. | TX0005382130 | 2000 |
| [ 172 ] | North Carolina field test of mathematics : grade 3, pretest, Mathematics : calculator active and inactive : forms 1-10. | TX0006295279 | 2005 |
| [ 173 ] | North Carolina field test of physical science : form[s] 1-7. | TX0005382122 | 2000 |
| [ 174 ] | North Carolina field test of physical science : forms 8-10. | TX0005422778 | 2001 |
| [ 175 ] | North Carolina field test of physical science : physical science form 11-20. | TX0005787847 | 2003 |

**Resort results by:** [ ▼ ]                                    Set Search Limits

Clear Selected          Retain Selected

◀ previous  1 ... 101 126 151 176 201 226 251 276  next ▶

| Save, Print and Email (Help Page) | |
|---|---|
| **Records** | Select Format: Full Record ▼    Format for Print/Save |
| ○ All on Page | |



Help    Search    History    Titles    Start Over

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Builder = (North Carolina Department of Public Instruction)[ in Name: Claimant ]
Search Results: Displaying 176 through 200 of 280 entries.

◀ previous  1 ... 126 151 176 201 226 251 276  next ▶

**Resort results by:** [        ▼]

Set Search Limits

| # | Full Title | Copyright Number | Date |
|---|---|---|---|
| ☐ [ 176 ] | North Carolina field test of physics : form[s] 1-7. | TX0005382123 | 2000 |
| ☐ [ 177 ] | North Carolina field test of physics : forms 8-13. | TX0005422785 | 2001 |
| ☐ [ 178 ] | North Carolina field test of physics : form[s] D, E. | TX0005382129 | 2000 |
| ☐ [ 179 ] | North Carolina field test of science grade 5, forms 1,2,3,4,5, and 6. | TX0006445501 | 2006 |
| ☐ [ 180 ] | North Carolina field test of science grade 8, forms 1,2,3,4,5, and 6. | TX0006445502 | 2006 |
| ☐ [ 181 ] | North Carolina field test of US history, forms 1, 2, 3, 4, 5, 6. | TX0006104035 | 2004 |
| ☐ [ 182 ] | North Carolina high school comprehensive field test of mathematics : high school comprehensive form 1-5. | TX0005787877 | 2003 |
| ☐ [ 183 ] | North Carolina high school comprehensive field test of reading : high school comprehensive form 1-6. | TX0005787876 | 2003 |
| ☐ [ 184 ] | North Carolina high school comprehensive test. | TX0005169220 | 1998 |
| ☐ [ 185 ] | North Carolina high school comprehensive test : high school comprehensive form G, H, I. | TX0005787875 | 2003 |

| | | | |
|---|---|---|---|
| □ [ 186 ] | North Carolina pretest : grade 3. | TX0005114139 | 1999 |
| □ [ 187 ] | North Carolina pretest--grade 3 : forms D-F. | TX0005422784 | 2001 |
| □ [ 188 ] | North Carolina pretest : grade 3, Reading comprehension, forms G, H, I. | TX0006295271 | 2002 |
| □ [ 189 ] | North Carolina pretest of algebra I : form A. | TX0004133271 | 1995 |
| □ [ 190 ] | North Carolina pretest of biology : form A. | TX0004133269 | 1995 |
| □ [ 191 ] | North Carolina pretest of English I : form A. | TX0004133270 | 1995 |
| □ [ 192 ] | North Carolina pretest of US history : form A. | TX0004133273 | 1995 |
| □ [ 193 ] | North Carolina PSAT testing 1995. | TX0004122477 | 1995 |
| □ [ 194 ] | North Carolina reading field tests : grade 3, form 1[-21] | TX0005528607 | 2002 |
| □ [ 195 ] | North Carolina reading field tests : grade 4, form 1[-23] | TX0005528615 | 2002 |
| □ [ 196 ] | North Carolina reading field tests : grade 5, form 1[-30] | TX0005528618 | 2002 |
| □ [ 197 ] | North Carolina reading field tests : grade 6, form 1[-30] | TX0005528617 | 2002 |
| □ [ 198 ] | North Carolina reading field tests : grade 7, form 1[-23] | TX0005528619 | 2002 |
| □ [ 199 ] | North Carolina reading field tests : grade 8, form 1[-22] | TX0005528604 | 2002 |
| □ [ 200 ] | North Carolina state testing results. | CSN0144802 | 2005 |

**Resort results by:** [ ▼ ]                                    Set Search Limits

Clear Selected      Retain Selected

◀ previous    1 ... 126 151 176 201 226 251 276    next ▶

| Save, Print and Email (Help Page) | |
|---|---|
| **Records** | Select Format: [ Full Record ▼ ]     Format for Print/Save |
| ○ All on Page | |

# Copyright
United States Copyright Office

| Help | Search | History | Titles | Start Over |

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Builder = (North Carolina Department of Public Instruction)[ in Name: Claimant ]
Search Results: Displaying 201 through 225 of 280 entries.

◀ previous  1 ... 151 176 201 226 251 276  next ▶

**Resort results by:** [        ▼]

Set Search Limits

| # | Full Title | Copyright Number | Date |
|---|---|---|---|
| [ 201 ] | North Carolina state testing results. | CSN0144802 | 2004 |
| [ 202 ] | North Carolina test of Algebra 1. | TX0005187802 | 2000 |
| [ 203 ] | North Carolina test of Algebra 2. | TX0005187805 | 2000 |
| [ 204 ] | North Carolina test of algebra I : form G-I. | TX0004133279 | 1995 |
| [ 205 ] | North Carolina test of algebra I : forms A-F. | TX0004007811 | 1994 |
| [ 206 ] | North Carolina test of algebra II : form D. | TX0005787855 | 2002 |
| [ 207 ] | North Carolina test of algebra II : form E-F. | TX0005233144 | 1998 |
| [ 208 ] | North Carolina test of biology : biology form D-F. | TX0005787856 | 2002 |
| [ 209 ] | North Carolina test of biology : form A[-C] | TX0005528610 | 2002 |
| [ 210 ] | North Carolina test of biology : form H. | TX0005953090 | 2004 |

| □ [ 211 ] | North Carolina test of biology : forms A-F. | TX0004122473 | 1995 |
|---|---|---|---|
| □ [ 212 ] | North Carolina test of biology : group B. | TX0002933190 | 1989 |
| □ [ 213 ] | North Carolina test of chemistry : chemistry form J-L. | TX0005787854 | 2002 |
| □ [ 214 ] | North Carolina test of chemistry : form G[-I] | TX0005528609 | 2002 |
| □ [ 215 ] | North Carolina test of chemistry : group A. | TX0002933193 | 1990 |
| □ [ 216 ] | North Carolina test of civics and economics : forms A1-A2, B1-B2, C1-C2, D1-D2, E1-E2. | TX0006295272 | 2005 |
| □ [ 217 ] | North Carolina test of English 1 : English 1, form A-C. | TX0005787853 | 2002 |
| □ [ 218 ] | North Carolina test of English : group A. | TX0002933192 | 1990 |
| □ [ 219 ] | North Carolina test of English I, form D. | TX0006104037 | 2005 |
| □ [ 220 ] | North Carolina test of English I : form E. | TX0005953087 | 2004 |
| □ [ 221 ] | North Carolina test of English I : forms A-F. | TX0004122472 | 1995 |
| □ [ 222 ] | North Carolina test of Geometry. | TX0005187806 | 2000 |
| □ [ 223 ] | North Carolina test of geometry : form A-D : [group A] | TX0002926046 | 1990 |
| □ [ 224 ] | North Carolina test of geometry : form D. | TX0005787857 | 2002 |
| □ [ 225 ] | North Carolina test of geometry : form E. | TX0005953088 | 2004 |

**Resort results by:** [ ▼ ]     Set Search Limits

Clear Selected     Retain Selected

◀ previous   1 ... 151 176 201 226 251 276   next ▶

| Save, Print and Email (Help Page) | |
|---|---|
| **Records** | Select Format: Full Record ▼     Format for Print/Save |
| ○ All on Page | |

**Copyright**
United States Copyright Office

| Help | Search | History | Titles | Start Over |

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Builder = (North Carolina Department of Public Instruction)[ in Name: Claimant ]
Search Results: Displaying 226 through 250 of 280 entries.

◀ previous   1 ... 176 201 226 251 276   next ▶

Resort results by: [              ▼]

Set Search Limits

| # | Full Title | Copyright Number | Date |
|---|---|---|---|
| [ 226 ] | North Carolina test of physical science : form H[-J] | TX0005528611 | 2002 |
| [ 227 ] | North Carolina test of physical science : form N. | TX0005953086 | 2004 |
| [ 228 ] | North Carolina test of physics. | TX0005169221 | 1996 |
| [ 229 ] | North Carolina test of physics : form F[-H] | TX0005528612 | 2002 |
| [ 230 ] | North Carolina test of physics : form J. | TX0005953089 | 2004 |
| [ 231 ] | North Carolina test of physics, form K. | TX0006104036 | 2005 |
| [ 232 ] | North Carolina test of physics : group A. | TX0002933191 | 1990 |
| [ 233 ] | North Carolina test of US history : form A-F. | TX0004133281 | 1995 |
| [ 234 ] | North Carolina test of US history : forms A1-A2, B1-B2, C1-C2, D1-D2, E1-E2. | TX0006295274 | 2005 |
| [ 235 ] | North Carolina test of US history forms A3, B3, D3, E3. | TX0006445507 | 2006 |

| | | | |
|---|---|---|---|
| ☐ [ 236 ] | North Carolina tests of algebra I : group A. | TX0002118889 | 1987 |
| ☐ [ 237 ] | North Carolina text of civis and economics form A3, B3, D3, E3. | TX0006445506 | 2006 |
| ☐ [ 238 ] | North Carolina writing assessment 2003-2004 field tests grade 10. | TX0005953085 | 2004 |
| ☐ [ 239 ] | North Carolina writing assessment : 2003-2004 field tests, grade 10, forms CE21-CE30; DE21-DE30. | TX0006170754 | 2004 |
| ☐ [ 240 ] | North Carolina writing assessment 2003-2004 field tests grade 4. | TX0005953083 | 2004 |
| ☐ [ 241 ] | North Carolina writing assessment, 2003-2004 field tests, grade 4, forms IN21-IN30, PN21-PN30. | TX0006208761 | 2004 |
| ☐ [ 242 ] | North Carolina writing assessment 2003-2004 field tests grade 7. | TX0005953084 | 2004 |
| ☐ [ 243 ] | North Carolina writing assessment : 2003-2004 field tests, grade 7, forms EV21-EV28, PS21-PS32. | TX0006170755 | 2004 |
| ☐ [ 244 ] | North Carolina writing assessment at grades 4, 7, and 10 : trainer manual. | TX0006173171 | 2003 |
| ☐ [ 245 ] | North Carolina writing assessment : grade 4, 2004-2005 : grade 10, 2004-2005. | TX0006170753 | 2004 |
| ☐ [ 246 ] | North Carolina writing assessment, grades 4, 7, and 10 : trainer manual. | TX0006158980 | 2004 |
| ☐ [ 247 ] | Performance assesment summer institute : North Carolina alternate assessment academic inventory (NCAAI) | TX0006154411 | 2004 |
| ☐ [ 248 ] | Performance assessment summer institute : North Carolina alternate assessment portfolio : (NCAAP) | TX0006158892 | 2004 |
| ☐ [ 249 ] | Performance section supplemental guide NC computer skills alternate assessment 2005-2006. | TX0006445722 | 2005 |
| ☐ [ 250 ] | Physical science, end-of-course, 2004-05. | TX0006104010 | 2004 |

**Resort results by:** [ ▼ ]                                    Set Search Limits

Clear Selected    Retain Selected

◀ previous   1 ... 176 201 226 251 276   next ▶

| Save, Print and Email (Help Page) | |
|---|---|
| **Records** | Select Format: Full Record ▼   Format for Print/Save |
| ☐ All on Page | |

# Copyright
### United States Copyright Office

| Help | Search | History | Titles | Start Over |

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Builder = (North Carolina Department of Public Instruction)[ in Name: Claimant ]
Search Results: Displaying 251 through 275 of 280 entries.

◀ **previous**  1 ... 201 226 251 276  **next** ▶

**Resort results by:** [             ▼]

Set Search Limits

| # | Full Title | Copyright Number | Date |
|---|---|---|---|
| [ 251 ] | Physics, end-of-course, 2004-05. | TX0006104009 | 2004 |
| [ 252 ] | Project abctools / author, Kenneth Barbour. | TX0004406161 | 1996 |
| [ 253 ] | Reading and mathematics, grade 4, form H. | TX0006104007 | 2005 |
| [ 254 ] | Reading and mathematics, grade 5, forms H, I. | TX0006104040 | 2005 |
| [ 255 ] | Reading and mathematics, grade 6, forms I, J. | TX0006104039 | 2005 |
| [ 256 ] | Reading and mathematics, grade 8, form G. | TX0006104038 | 2005 |
| [ 257 ] | Reading, mathematics, and writing, grades 3-8, 2004-2005. | TX0006362601 | 2005 |
| [ 258 ] | Report card developer, 1995 / author, Kenneth Barbour, Jr. | TX0004061604 | 1995 |
| [ 259 ] | Report of student performance in writing grades 4, 7, and 10 : 2002-03. | TX0005998360 | 2004 |
| [ 260 ] | Report of student performance in writing : grades 4, 7, and 10 : on NC writing assessment, NC alternate assessment academic inventory, NC | TX0006147183 | 2004 |

| | | | |
|---|---|---|---|
| | alternate assessment portfolio, 2003-2004. | | |
| [ 261 ] | Report of student performance in writing grades 4, 7 and 10 on North Carolina writing assessment NC alternate assessment academic inventory, NC alternate assessment portfolio, 2004-05. | TX0006320472 | 2005 |
| [ 262 ] | Report of student performance on the North Carolina alternate assessments : reading, mathematics, and writing : grades 3-8, 2003-2004. | TX0006185255 | 2005 |
| [ 263 ] | Report of student performance on the North Carolina alternate assessments : reading, mathematics and writing grades 3-8 : North Carolina testing program. | TX0006117017 | 2005 |
| [ 264 ] | Report of student performance on the North Carolina competency standard : 2001-02. | TX0005915971 | 2003 |
| [ 265 ] | Report of student performance on the North Carolina competency standard, 2002-03 : reporting on the classes of 1999-2007. | TX0006073893 | 2004 |
| [ 266 ] | Report of student performance on the North Carolina competency standard, 2003-04 : reporting on the classes of 2000-2008, published March 2005. | TX0006158894 | 2005 |
| [ 267 ] | Report of student performance on the North Carolina competency standard 2004-05 : reporting on the classes of 2001-2009. | TX0006320470 | 2005 |
| [ 268 ] | Teacher' guide, North Carolina grade 3 practice activity multiple choice 2005-2006. | TX0006320471 | 2005 |
| [ 269 ] | Test administrator's manual extend2 assessment EOG reading and mathematics grades 3-8. | TX0006445727 | 2003 |
| [ 270 ] | Test administrator's manual, field tests, North Carolina writing assessment grades 4, 7 and 10, North Carolina testing program. | TX0006166583 | 2003 |
| [ 271 ] | Test administrator's manual NC competency tests of reading and mathematics. | TX0006445730 | 2006 |
| [ 272 ] | Test administrator's manual NC EOG test grades 3-8 multiple choice reading comprehension and mathematics 2005-2006. | TX0006445726 | 2005 |
| [ 273 ] | Test administrator's manual NC high school comprehensive test, reading comprehension & mathematics applications grade 10. | TX0006445724 | 2005 |
| [ 274 ] | Test administrator's manual NC pretest grade 3 multiple choice reading comprehension and mathematics 2006-2007. | TX0006445725 | 2006 |
| [ 275 ] | Test administrator's manual NCextend1 field test. | TX0006445728 | 2006 |

**Resort results by:** [ ⌄ ]                    Set Search Limits

Clear Selected        Retain Selected

◀ previous  1 ... 201 226 251 276  next ▶



| Help | Search | History | Titles | Start Over |

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Builder = (North Carolina Department of Public Instruction)[ in Name: Claimant ]
Search Results: Displaying 276 through 280 of 280 entries.



◄ previous  1 ... 226 251 276  next ►

Resort results by: [            ▼]                    Set Search Limits

| # | Full Title | Copyright Number | Date |
|---|------------|------------------|------|
| ☐ [ 276 ] | Test administrator's manual NCextend2 occupational English I, occupational mathematics I and life skills science I and II. | TX0006445729 | 2005 |
| ☐ [ 277 ] | Test administrator's manual, North Carolina Writing assessment : grades 4, 7 and 10, North Carolina Testing Program, 2004-2005 : stock no. 93333. | TX0006158893 | 2004 |
| ☐ [ 278 ] | [The report card developer] | TX0004010432 | 1994 |
| ☐ [ 279 ] | Win scan. | TX0006014699 | 2004 |
| ☐ [ 280 ] | WinScan. | TX0005382134 | 2001 |

Resort results by: [            ▼]                    Set Search Limits

Clear Selected    Retain Selected

◄ previous  1 ... 226 251 276  next ►

| Save, Print and Email (Help Page) | |
|---|---|
| **Records** | Select Format: [Full Record ▼]    Format for Print/Save |
| ○ All on Page ⦿ Selected On Page | Enter your email address: [              ]    Email |



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Builder = ("North Carolina Department of Public Instructions")[in Name: Claimant (KCLN)]
Search Results: Displaying 1 through 19 of 19 entries.

◁ previous    next ▷

Resort results by: [              ▾]                                    Set Search Limits

| # | Full Title | Copyright Number | Date |
|---|---|---|---|
| ☐ [ 1 ] | Field test NC EOG test science grades 5 & 8. | TX0006589706 | 2005 |
| ☐ [ 2 ] | Multiple-choice section student test booklet, NC computer skills alternate assessment 2005-2006. | TX0006589707 | 2005 |
| ☐ [ 3 ] | NCCCS student performance on the NC competency standard in reading/mathematics 2005-2006 academic year. | TX0006597554 | 2006 |
| ☐ [ 4 ] | NCEXTEND2 alternate assessment field test EOG science grades 5. | TX0006589704 | 2005 |
| ☐ [ 5 ] | NCEXTEND2 field test of life skills science I and II, forms 1, 2, and 3. | TX0006446754 | 2006 |
| ☐ [ 6 ] | NCEXTEND2 field test of occupational English I, forms 1, 2, and 3. | TX0006446750 | 2006 |
| ☐ [ 7 ] | NCEXTEND2 field test of occupational mathematics I, forms 1, 2, and 3. | TX0006446751 | 2006 |
| ☐ [ 8 ] | NCEXTEND2 field test of science : grade 5, forms 1, 2, and 3. | TX0006446752 | 2006 |
| ☐ [ 9 ] | NCEXTEND2 field test of science : grade 8, forms 1, 2, and 3. | TX0006446753 | 2006 |
| ☐ [ 10 ] | NCEXTEND2 test of mathematics : grades 3, 4, 5, 6, 7, and 8 : form A, mathematics calculator active, mathematics calculator inactive. | TX0006446749 | 2006 |

| | | | |
|---|---|---|---|
| ☐ [ 11 ] | NCEXTEND2 test of reading : grades 3, 4, 5, 6, 7, and 8 : form A. | TX0006446748 | 2006 |
| ☐ [ 12 ] | North Carolina competency test of mathematics : forms N and O. | TX0006446756 | 2006 |
| ☐ [ 13 ] | North Carolina competency test of reading : form FF, form M. | TX0006446755 | 2006 |
| ☐ [ 14 ] | North Carolina grade 3 practice activity mathematics calculator inactive, reading comprehension, mathematics calculator active, form A1, stock no. 10293. | TX0006446757 | 2006 |
| ☐ [ 15 ] | Performance section student test booklet, NC computer skills alternate assessment, 2005-2006. | TX0006589700 | 2005 |
| ☐ [ 16 ] | Teacher's guide NC grade 3 practice activity multiple choice 2006-2007. | TX0006589703 | 2006 |
| ☐ [ 17 ] | Test administrator's guide NC checklist of academic standards (NCCLAS) alternate assessment for EOG science. | TX0006589701 | 2005 |
| ☐ [ 18 ] | UISR for NC IDEA English language proficiency test kindergarten. | TX0006589702 | 2006 |
| ☐ [ 19 ] | UISR NC EOG tests grades 3, 4, & 5 EOG tests grades 6, 7, & 8. | TX0006589705 | 2006 |

Resort results by: [                    ▼]                     Set Search Limits

Clear Selected          Retain Selected

◁ previous          next ▷

| Save, Print and Email (Help Page) | |
|---|---|
| **Records** | Select Format: [Full Record ▼]      Format for Print/Save |
| ○ All on Page<br>● Selected On Page<br>○ Selected all Pages | Enter your email address: [                              ]      Email |

Help   Search   History   **Titles**   Start Over

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |  Copyright Office Home Page  |  Library of Congress Home Page



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Builder = ("North Carolina Departmnent of Public Instruction")[in Name: Claimant (KCLN)]
Search Results: Displaying 1 of 1 entries



Labeled View

---

### *2003-2004 report of student performance on the North Carolina Computer...*

**Type of Work:** Text
**Registration Number / Date:** TX0006158895 / 2005-04-26
**Title:** 2003-2004 report *of* student performance on the **North Carolina** Computer Skills Proficiency standard : reporting on the classes *of* 2004-2008, published March 2005.
**Copyright Claimant:** North *Carolina. Departmnent of Public Instruction*
**Date of Creation:** 2005
**Date of Publication:** 2005-03-01
**Copyright Note:** Cataloged from appl. only.
**Other Title:** Report *of* student performance on the **North Carolina** Computer Skills Proficiency Standard
**Names:** North *Carolina. Departmnent of Public Instruction*



| Save, Print and Email (Help Page) | |
|---|---|
| Select Download Format [Full Record ▼] | Format for Print/Save |
| Enter your email address: [            ] | Email |

---

Help   Search   History   Titles   Start Over

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about



| Help | Search | History | Titles | Start Over |

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Builder = ("North Carolina Department of Public Instruction Testing Section")[in Name: Claimant (KCLN)]
Search Results: Displaying 1 through 7 of 7 entries.

◁ previous    next ▷

Resort results by: [        ▼]                    Set Search Limits

| # | Full Title | Copyright Number | Date |
|---|------------|------------------|------|
| [ 1 ] | North Carolina end of course testing. | TX0004133272 | 1995 |
| [ 2 ] | North Carolina end of grade testing. | TX0004133268 | 1995 |
| [ 3 ] | North Carolina pretest : grade 3. | TX0005114139 | 1999 |
| [ 4 ] | North Carolina pretest of algebra I : form A. | TX0004133271 | 1995 |
| [ 5 ] | North Carolina pretest of biology : form A. | TX0004133269 | 1995 |
| [ 6 ] | North Carolina pretest of English I : form A. | TX0004133270 | 1995 |
| [ 7 ] | North Carolina pretest of US history : form A. | TX0004133273 | 1995 |

Resort results by: [        ▼]                    Set Search Limits

Clear Selected    Retain Selected

◁ previous    next ▷

| Save, Print and Email (Help Page) | |
|---|---|
| **Records** | Select Format: Full Record [▼]    Format for Print/Save |
| ○ All on Page<br>⦿ Selected On Page<br>○ Selected all Pages | Enter your email address: [            ]    Email |



| Help | Search | History | Titles | Start Over |

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Builder = ("North Carolina Department of Public Instruction Raleigh ")[in Name: Claimant (KCLN)]
Search Results: Displaying 1 of 1 entries



| Labeled View |

### *Report of student performance in writing grades 4, 7, and 10 : 2002-03.*

**Type of Work:** Text
**Registration Number / Date:** TX0005998360 / 2004-05-18
**Title:** Report *of* student performance in writing grades 4, 7, and 10 : 2002-03.
**Description:** 163 p.
**Copyright Claimant:** North *Carolina Department of Public Instruction* (Raleigh)
**Date of Creation:** 2004
**Date of Publication:** 2004-04-01
**Variant title:** Report *of* student performance in writing grades 4, 7, and 10 : 2002-03.
**Names:** North *Carolina Department of Public Instruction* (Raleigh)



| Save, Print and Email (Help Page) |
|---|
| Select Download Format  Full Record ▾          Format for Print/Save |
| Enter your email address: [                    ]          Email |

Help   Search   History   Titles   Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page



| Help | Search | History | Titles | Start Over |

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Builder = ("North Carolina Department of Public Instruction Information Resource Management")[in Name: Claimant (KCLN)]
Search Results: Displaying 1 of 1 entries



Labeled View

*Budget utilization and development system : BUD : release 1.0.0.*

|  |  |
|---|---|
| **Type of Work:** | Computer File |
| **Registration Number / Date:** | TX0003961042 / 1995-01-19 |
| **Application Title:** | BUD system. |
| **Title:** | Budget utilization and development system : BUD : release 1.0.0. |
| **Description:** | Magnetic tape + user manual. |
| **Copyright Claimant:** | North *Carolina. Department of Public Instruction. Information Resource Management* Division |
| **Date of Creation:** | 1994 |
| **Date of Publication:** | 1994-12-15 |
| **Authorship on Application:** | North *Carolina Department of Public Instruction,* employer for hire. |
| **Other Title:** | BUD |
|  | BUD system |
| **Names:** | North *Carolina. Department of Public Instruction. Information Resource Management* Division |
|  | North *Carolina. Department of Public Instruction* |



| Save, Print and Email (Help Page) |
|---|
| Select Download Format [Full Record ▼]    Format for Print/Save |
| Enter your email address: [　　　　　　　　　]    Email |



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Builder = ("NCDPI Accountability Services")[in Name: Claimant (KCLN)]
Search Results: Displaying 1 of 1 entries



Labeled View

***Linking curriculum, instruction, and assessment--a topical unit on time :...***

|  |  |
|---|---|
| **Type of Work:** | Text |
| **Registration Number / Date:** | TX0003679163 / 1993-09-21 |
| **Title:** | Linking curriculum, instruction, and assessment--a topical unit on time : grades 7-8 reading. |
| **Description:** | 1 v. |
| **Copyright Claimant:** | North Carolina. Department of Public Instruction. *Accountability Services* (NCDPI. *Accountability Services*) |
| **Date of Creation:** | 1993 |
| **Date of Publication:** | 1993-03-31 |
| **Authorship on Application:** | new text, compilation, revisions: North Carolina. Department of Public Instruction, employer for hire. |
| **Basis of Claim:** | New Matter: additions. |
| **Names:** | North Carolina. Department of Public Instruction. *Accountability Services* |
|  | NCDPI. *Accountability Services* |
|  | North Carolina. Department of Public Instruction |



| Save, Print and Email (Help Page) | |
|---|---|
| Select Download Format Full Record ▼ | Format for Print/Save |
| Enter your email address: | Email |