# EXHIBIT B

# Copyright Registrations Owned by other North Carolina State Departments, Divisions, Agencies and Boards

Dockets.Justia.com



**Help**   **Search**   **History**   **Titles**   **Start Over**

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Builder = ("North Carolina Office of State Personnel")[in Name: Claimant (KCLN)]
Search Results: Displaying 1 through 6 of 6 entries.

◁ previous   next ▷

Resort results by: [            ▼]                                    Set Search Limits

| # | Full Title | Copyright Number | Date |
|---|---|---|---|
| ☐ [ 1 ] | Personnel advisory bulletin / Local Government Services, Office of State Personnel ; Linda McDougle, editor ... et al.]. | CSN0034700 | 1981 |
| ☐ [ 2 ] | Position evaluation guidecharts for the L G P C S F R/B M/G C technique. | TX0000285055 | 1979 |
| ☐ [ 3 ] | Position evaluation with the L G P C S factor ranking/benchmark/guidechart technique for North Carolina local governments : an operation manual. | TX0000285056 | 1979 |
| ☐ [ 4 ] | PREPARE: Pre-retirement employee's planning assisting retired employees : employee's workbook. | TX0001953606 | 1986 |
| ☐ [ 5 ] | Prepare : pre-retirement employee's planning : assisting retired employees : leader's manual. | TX0001941986 | 1986 |
| ☐ [ 6 ] | Sexual harassment. | PAu001251479 | 1989 |

Resort results by: [            ▼]                                    Set Search Limits

Clear Selected    Retain Selected

◁ previous   next ▷

| Save, Print and Email (Help Page) | | |
|---|---|---|
| **Records** | Select Format: [Full Record ▼] | Format for Print/Save |



| Help | Search | History | Titles | Start Over |

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Builder = ("North Carolina Office of the State Auditor")[in Name: Claimant (KCLN)]
Search Results: Displaying 1 of 1 entries



Labeled View

### *EPS : Electronic Publication System.*

**Type of Work:** Computer File
**Registration Number / Date:** TXu001032884 / 2001-11-01
**Title:** EPS : Electronic Publication System.
**Description:** Computer program.
**Notes:** Printout only deposited.
**Copyright Claimant:** North *Carolina. Office of the State Auditor*
**Date of Creation:** 2001
**Other Title:** Electronic Publication System
**Names:** North *Carolina. Office of the State Auditor*



| Save, Print and Email (Help Page) | |
|---|---|
| Select Download Format | Full Record ▼          Format for Print/Save |
| Enter your email address: |                                        Email |

Help   Search   History   Titles   Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about
Copyright | Copyright Office Home Page | Library of Congress Home Page



# Public Catalog

 Copyright Catalog (1978 to present)
Search Request: Builder = ("North Carolina Employment Security Commission")[in Name: Claimant (KCLN)]
Search Results: Displaying 1 of 1 entries



Labeled View

### *America's labor market information system (ALMIS) distributed access method...*

**Type of Work:** Computer File
**Registration Number / Date:** TXu001267006 / 2005-10-05
**Title:** America's labor market information system (ALMIS) distributed access method : version 1.0.
**Description:** Computer program.
**Notes:** Printout (source code) only deposited.
**Copyright Claimant:** North *Carolina Employment Security Commission*
**Date of Creation:** 2005
**Other Title:** North *Carolina Employment Security Commission*
**Names:** North *Carolina Employment Security Commission*



| Save, Print and Email (Help Page) | |
|---|---|
| Select Download Format Full Record ▼ | Format for Print/Save |
| Enter your email address: | Email |

Help   Search   History   Titles   Start Over

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |  Copyright Office Home Page  |  Library of Congress Home Page



Help    Search    History    **Titles**    Start Over

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Builder = ("North Carolina Department of Transportation")[in Name: Claimant (KCLN)]
Search Results: Displaying 1 through 16 of 16 entries.

◁ previous    next ▷

Resort results by: [                ▼]    Set Search Limits

| # | Full Title | Copyright Number | Date |
|---|------------|------------------|------|
| [ 1 ] | 1995 North Carolina aeronautical chart / cartography and reproduction by Techna-Graphics, Inc. | VA0000725117 | 1994 |
| [ 2 ] | 1996 North Carolina aeronautical chart. | VA0000791100 | 1995 |
| [ 3 ] | 2003 North Carolina aeronautical chart. | VA0001206017 | 2002 |
| [ 4 ] | Dot, the "littlest" civil engineer. | TX0003595950 | 1993 |
| [ 5 ] | North Carolina aeronautical chart. | VA0001181489 | 2002 |
| [ 6 ] | North Carolina aeronautical chart. | VA0000929759 | 1998 |
| [ 7 ] | North Carolina aeronautical chart. | VA0000217285 | 1986 |
| [ 8 ] | North Carolina aeronautical chart. | VA0000140665 | 1983 |
| [ 9 ] | North Carolina aeronautical chart : 1978-1979 / cartography and reproduction by Williams & Heintz Map Corporation. | VA0000012109 | 1978 |
| [ 10 ] | North Carolina aeronautical chart, 1980-1981 / cartography & reproduction by William & Heintz Map Corporation. | VA0000057626 | 1980 |

| | | | |
|---|---|---|---|
| ☐ [ 11 ] | North Carolina aeronautical chart, 1983. | VA0000113055 | 1982 |
| ☐ [ 12 ] | North Carolina Department of Transportation workplace safety manual. | TX0003426069 | 1992 |
| ☐ [ 13 ] | North Carolina, variety vacationland, 1991-1992. | VA0000474176 | 1991 |
| ☐ [ 14 ] | Road to civil engineering. | PA0000712591 | 1994 |
| ☐ [ 15 ] | Safety policy & procedure manual. | TX0004318752 | 1995 |
| ☐ [ 16 ] | Workplace safety manual. | TX0004322561 | 1996 |

**Resort results by:** [ ▼ ]                                    Set Search Limits

Clear Selected      Retain Selected

◁ **previous**      **next** ▷

| Save, Print and Email (Help Page) | | |
|---|---|---|
| **Records** | Select Format: Full Record ▼     Format for Print/Save | |
| ○ All on Page<br>● Selected On Page<br>○ Selected all Pages | Enter your email address: [          ] | Email |

Help   Search   History   **Titles**   Start Over

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |  Copyright Office Home Page  |  Library of Congress Home Page



# Public Catalog

Copyright Catalog (1978 to present)

Search Request: Builder = ("North Carolina Department of Transportation Division of Aeronautics")[in Name: Claimant (KCLN)]

Search Results: Displaying 1 through 4 of 4 entries.

◁ previous    next ▷

Resort results by: [　　　　　▼]                    Set Search Limits

| # | Full Title | Copyright Number | Date |
|---|---|---|---|
| ☐ [ 1 ] | North Carolina aeronautical chart. | VA0000217285 | 1986 |
| ☐ [ 2 ] | North Carolina aeronautical chart. | VA0000140665 | 1983 |
| ☐ [ 3 ] | North Carolina aeronautical chart, 1980-1981 / cartography & reproduction by William & Heintz Map Corporation. | VA0000057626 | 1980 |
| ☐ [ 4 ] | North Carolina aeronautical chart, 1983. | VA0000113055 | 1982 |

Resort results by: [　　　　　▼]                    Set Search Limits

Clear Selected    Retain Selected

◁ previous    next ▷

| Save, Print and Email (Help Page) | |
|---|---|
| **Records** | Select Format: Full Record ▼    Format for Print/Save |
| ○ All on Page<br>◉ Selected On Page<br>○ Selected all Pages | Enter your email address: [　　　　　]    Email |



| Help | Search | History | Titles | Start Over |

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Builder = ("North Carolina Department of Transportation Division of Aviation")[in Name: Claimant (KCLN)]
Search Results: Displaying 1 through 5 of 5 entries.

◁ previous     next ▷

Resort results by: [        ▼]                                    Set Search Limits

| # | Full Title | Copyright Number | Date |
|---|---|---|---|
| ☐ [ 1 ] | 1995 North Carolina aeronautical chart / cartography and reproduction by Techna-Graphics, Inc. | VA0000725117 | 1994 |
| ☐ [ 2 ] | 1996 North Carolina aeronautical chart. | VA0000791100 | 1995 |
| ☐ [ 3 ] | 2003 North Carolina aeronautical chart. | VA0001206017 | 2002 |
| ☐ [ 4 ] | North Carolina aeronautical chart. | VA0001181489 | 2002 |
| ☐ [ 5 ] | North Carolina aeronautical chart. | VA0000929759 | 1998 |

Resort results by: [        ▼]                                    Set Search Limits

Clear Selected     Retain Selected

◁ previous     next ▷

| Save, Print and Email (Help Page) | | |
|---|---|---|
| **Records** | Select Format: [Full Record ▼]     Format for Print/Save | |
| ○ All on Page ⦿ Selected On Page | Enter your email address: [                    ] | Email |



## Public Catalog

Copyright Catalog (1978 to present)
Search Request: Builder = ("North Carolina Department of the Secretary of State")[in Name: Claimant (KCLN)]
Search Results: Displaying 1 through 3 of 3 entries.

◁ previous    next ▷

**Resort results by:** [ ▼ ]                    Set Search Limits

| # | Full Title | Copyright Number | Date |
|---|---|---|---|
| [ 1 ] | NC Department of the Secretary of State : electronic notarization education : electronic notary reference manual. | TX0006570958 | 2007 |
| [ 2 ] | North Carolina government, 1585-1979 : a narrative and statistical history / issued by Thad Eure ; edited by John L. Cheney, Jr. | TX0000961887 | 1982 |
| [ 3 ] | Secretary of State knowledge base. | TX0005525497 | 2000 |

**Resort results by:** [ ▼ ]                    Set Search Limits

Clear Selected    Retain Selected
◁ previous    next ▷

| Save, Print and Email (Help Page) | |
|---|---|
| **Records** | Select Format: [ Full Record ▼ ]    Format for Print/Save |
| ○ All on Page<br>● Selected On Page<br>○ Selected all Pages | Enter your email address: [          ]    Email |

Help   Search   History   **Titles**   Start Over



Help    Search    History    Titles    Start Over

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Builder = ("North Carolina Rate Bureau")[in Name: Claimant (KCLN)]
Search Results: Displaying 1 through 8 of 8 entries.

◁ previous    next ▷

Resort results by: [        ▼]                          Set Search Limits

| # | Full Title | Copyright Number | Date |
|---|---|---|---|
| □ [ 1 ] | Filing memorandum, Farmowners Program, North Carolina. | TX0000710113 | 1980 |
| □ [ 2 ] | [Homeowners policy program : manual, forms, and endorsements]. | TX0000662412 | 1980 |
| □ [ 3 ] | [Mobile-homeowners policy M H(F) program : forms and endorsements] | TX0000747584 | 1980 |
| □ [ 4 ] | North Carolina Dwelling 77 program : synopsis of manual state rules. | TX0000701605 | 1981 |
| □ [ 5 ] | North Carolina personal comprehensive protection policy program. | TXu000207488 | 1985 |
| □ [ 6 ] | North Carolina physical damage only personal auto policy. | TX0000655933 | 1980 |
| □ [ 7 ] | Personal auto manual : North Carolina. | TX0000564038 | 1980 |
| □ [ 8 ] | Your personal auto policy : quick reference. | TX0000564039 | 1980 |

Resort results by: [        ▼]                          Set Search Limits

Clear Selected    Retain Selected
◁ previous    next ▷

**Copyright**
United States Copyright Office

| Help | Search | History | **Titles** | Start Over |

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Builder = ("North Carolina State Highway Patrol")[in Name: Claimant (KCLN)]
Search Results: Displaying 1 through 17 of 17 entries.

◁ previous    next ▷

**Resort results by:** [ ▼ ]

Set Search Limits

| # | Full Title | Copyright Number | Date |
|---|---|---|---|
| ☐ [ 1 ] | North Carolina trooper : a publication of the North Carolina State Highway Patrol. | CSN0077382 | 2006 |
| ☐ [ 2 ] | North Carolina trooper : a publication of the North Carolina State Highway Patrol. | CSN0077382 | 2005 |
| ☐ [ 3 ] | North Carolina trooper : a publication of the North Carolina State Highway Patrol. | CSN0077382 | 2004 |
| ☐ [ 4 ] | North Carolina trooper : a publication of the North Carolina State Highway Patrol. | CSN0077382 | 2003 |
| ☐ [ 5 ] | North Carolina trooper : a publication of the North Carolina State Highway Patrol. | CSN0077382 | 2000 |
| ☐ [ 6 ] | North Carolina trooper : a publication of the North Carolina State Highway Patrol. | CSN0077382 | 1999 |
| ☐ [ 7 ] | North Carolina trooper : a publication of the North Carolina State Highway Patrol. | CSN0077382 | 1998 |
| ☐ [ 8 ] | North Carolina trooper : a publication of the North Carolina State Highway Patrol. | CSN0077382 | 1997 |
| ☐ [ 9 ] | North Carolina trooper : a publication of the North Carolina State Highway Patrol. | CSN0077382 | 1996 |
| ☐ [ 10 ] | North Carolina trooper : a publication of the North Carolina State Highway Patrol. | CSN0077382 | 1995 |
| ☐ [ 11 ] | North Carolina trooper : a publication of the North Carolina State Highway Patrol. | CSN0077382 | 1994 |

| | | | |
|---|---|---|---|
| □ [ 12 ] | North Carolina trooper : a publication of the North Carolina State Highway Patrol. | CSN0077382 | 1993 |
| □ [ 13 ] | North Carolina trooper : a publication of the North Carolina State Highway Patrol. | CSN0077382 | 1992 |
| □ [ 14 ] | North Carolina trooper : a publication of the North Carolina State Highway Patrol. | CSN0077382 | 1991 |
| □ [ 15 ] | North Carolina trooper : a publication of the North Carolina State Highway Patrol. | CSN0077382 | 1990 |
| □ [ 16 ] | North Carolina trooper : a publication of the North Carolina State Highway Patrol. | CSN0077382 | 1989 |
| □ [ 17 ] | North Carolina trooper : a publication of the North Carolina State Highway Patrol. | CSN0077382 | 1988 |

**Resort results by:** [        ▼]                                    Set Search Limits

Clear Selected        Retain Selected
◁ previous        next ▷

| Save, Print and Email (Help Page) | |
|---|---|
| **Records** | Select Format: [Full Record ▼]        Format for Print/Save |
| ○ All on Page<br>● Selected On Page<br>○ Selected all Pages | Enter your email address: [                    ]        Email |

Help    Search    History    **Titles**    Start Over

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |  Copyright Office Home Page  |  Library of Congress Home Page



## Public Catalog

Copyright Catalog (1978 to present)
Search Request: Builder = ("North Carolina Wildlife Resources Commission")[in Name: Claimant (KCLN)]
Search Results: Displaying 1 of 1 entries



Labeled View

*North Carolina wild places : a closer look / edited by Lawrence S. Earley ;...*

**Type of Work:** Text
**Registration Number / Date:** TX0003621761 / 1993-06-07
**Title:** North *Carolina* wild places : a closer look / edited by Lawrence S. Earley ; illustrated by Anne Marshall Runyon.
**Description:** 80 p.
**Copyright Claimant:** on entire text; *North Carolina. Wildlife Resources Commission* (employer for hire)
**Date of Creation:** 1993
**Date of Publication:** 1993-04-01
**Copyright Note:** C.O. correspondence.
**Names:** Earley, Lawrence S.
Runyon, Anne Marshall
North *Carolina. Wildlife Resources Commission*



| Save, Print and Email (Help Page) | | |
|---|---|---|
| Select Download Format | Full Record ▼ | Format for Print/Save |
| Enter your email address: | | Email |

Help   Search   History   Titles   Start Over

![Copyright - United States Copyright Office]

| Help | Search | History | Titles | Start Over |

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Builder = ("NC Division of Environmental Health")[in Name: Claimant (KCLN)]
Search Results: Displaying 1 of 1 entries



Labeled View

*Low pressure pipe system.*

**Type of Work:** Computer File
**Registration Number / Date:** TXu000463344 / 1991-01-29
**Application Title:** LPP.
**Title:** Low pressure pipe system.
**Description:** printout.
**Copyright Claimant:** NC *Division of Environmental Health*
**Date of Creation:** 1988
**Authorship on Application:** computer program: Richard J. Marinshaw, employer for hire.
**Names:** North Carolina. *Division of Environmental Health*
NC *Division of Environmental Health.*



| Save, Print and Email (Help Page) |
|---|
| Select Download Format  Full Record  ▼        Format for Print/Save |
| Enter your email address: [            ]        Email |

Help   Search   History   Titles   Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about
Copyright | Copyright Office Home Page | Library of Congress Home Page



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Builder = ("NC Division of Archives & History")[in Name: Claimant (KCLN)]
Search Results: Displaying 1 of 1 entries



Labeled View

### *A lasting gift of heritage : a history of the North Carolina Society for...*

**Type of Work:** Text

**Registration Number / Date:** TX0004727906 / 1998-02-20

**Title:** A lasting gift *of* heritage : a *history of* the North Carolina Society for the Preservation *of* Antiquities, 1939-1974 / David Louis Sterrett Brook.

**Imprint:** Raleigh : Div. *of Archives* and *History,* North Carolina Dept. *of* Cultural Resources, c1997.

**Description:** 205 p.

**Copyright Claimant:** NC *Division of Archives & History*

**Date of Creation:** 1997

**Date of Publication:** 1997-11-19

**Names:** Brook, David Louis Sterrett, 1945-
NC *Division of Archives & History*
North Carolina. Department *of* Cultural Resources. *Division of Archives and History*



| Save, Print and Email (Help Page) | |
|---|---|
| Select Download Format [Full Record ▼] | Format for Print/Save |
| Enter your email address: [ ] | Email |

Help   Search   History   Titles   Start Over



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Builder = ("North Carolina State Board of Examiners in Optometry")[in Name: Claimant (KCLN)]
Search Results: Displaying 1 of 1 entries



---

Labeled View

***North Carolina Board of Optometry license management system / wittten by...***

| | |
|---:|:---|
| **Type of Work:** | Computer File |
| **Registration Number / Date:** | TXu000611970 / 1993-12-14 |
| **Application Title:** | North *Carolina* optometric licensee management system. |
| **Title:** | North *Carolina Board of Optometry* license management system / wittten by Ernie Patterson. |
| **Description:** | Computer program. |
| **Copyright Claimant:** | North *Carolina. State Board of Examiners in Optometry* |
| **Date of Creation:** | 1993 |
| **Authorship on Application:** | Associated Computer Technologies, Inc., employer for hire. |
| **Names:** | Patterson, Ernie |
| | North *Carolina. State Board of Examiners in Optometry* |
| | Associated Computer Technologies, Inc. |



| Save, Print and Email (Help Page) | |
|---|---|
| Select Download Format [Full Record ▼] | Format for Print/Save |
| Enter your email address: [        ] | Email |

---

Help   Search   History   Titles   Start Over



| Help | Search | History | Titles | Start Over |

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Builder = ("North Carolina State Board of Refrigeration Examiners")[in Name: Claimant (KCLN)]
Search Results: Displaying 1 of 1 entries



Labeled View

*Self-instruction manual for refrigerant recovery technicians preparing for...*

**Type of Work:** Text
**Registration Number / Date:** TX0004071910 / 1995-07-13
**Title:** Self-instruction manual for refrigerant recovery technicians preparing for the EPA type 1 (small appliance) mail-in examination.
**Edition:** 1st ed.
**Description:** 21 p.
**Copyright Claimant:** North *Carolina State Board of Refrigeration Examiners*
**Date of Creation:** 1995
**Date of Publication:** 1995-06-27

**Variant title:** Self-instruction manual for refrigerant recovery technicians
**Names:** North *Carolina State Board of Refrigeration Examiners*
North *Carolina. State Board of Refrigeration Examiners*



| Save, Print and Email (Help Page) |
| Select Download Format | Full Record ▼ | Format for Print/Save |
| Enter your email address: | | Email |

Help   Search   History   Titles   Start Over



**Help**   **Search**   **History**   **Titles**   **Start Over**

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Builder = ("North Carolina Real Estate Commission")[in Name: Claimant (KCLN)]
Search Results: Displaying 1 through 2 of 2 entries.

◁ previous   next ▷

Resort results by: [ ▼ ]     Set Search Limits

| # | Full Title | Copyright Number | Date |
|---|---|---|---|
| ☐ [ 1 ] | North Carolina real estate for brokers and salesmen / James A. Webster, Jr. and Patrick K. Hetrick and Larry A. Outlaw. | TX0001911748 | 1986 |
| ☐ [ 2 ] | Real estate licensing in North Carolina. | TX0002012734 | 1986 |

Resort results by: [ ▼ ]     Set Search Limits

Clear Selected    Retain Selected



◁ previous   next ▷

| Save, Print and Email (Help Page) | | |
|---|---|---|
| **Records** | Select Format: Full Record [ ▼ ] | Format for Print/Save |
| ○ All on Page<br>● Selected On Page<br>○ Selected all Pages | Enter your email address: [ ] | Email |

Help   Search   History   **Titles**   Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Builder = ("North Carolina Licensing Board for General Contractors")[in Name: Claimant (KCLN)]
Search Results: Displaying 1 through 9 of 9 entries.

◁ previous | next ▷

Resort results by: [▼]            Set Search Limits

| # | Full Title | Copyright Number | Date |
|---|---|---|---|
| [ 1 ] | Building code : residential/building technology & business questions. | TXu000510161 | 1992 |
| [ 2 ] | Commercial project 215, office building. | TXu000497887 | 1991 |
| [ 3 ] | Commercial project number 214-B : Methodist Church. | TX0003159009 | 1991 |
| [ 4 ] | PU (electrical - ahead of point of delivery) | TXu000591726 | 1994 |
| [ 5 ] | Residential and building project : no. 122, no. 219, no. 220, no. 123, no. 221 and technology. | TXu000571144 | 1993 |
| [ 6 ] | Residential project : no. 111. | TXu000422097 | 1990 |
| [ 7 ] | Residential project no. 113. | TXu000507871 | 1992 |
| [ 8 ] | Residential project no. 120 : Mangum residence. | TXu000533302 | 1992 |
| [ 9 ] | Swimming pools, and other construction project examinations. | TXu000621476 | 1994 |

Resort results by: [▼]            Set Search Limits



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Builder = ("NC Licensing Board for General Contractors")[in Name: Claimant (KCLN)]
Search Results: Displaying 1 through 4 of 4 entries.

◁ previous    next ▷

Resort results by: [        ▼]                          Set Search Limits

| # | Full Title | Copyright Number | Date |
|---|---|---|---|
| ☐ [ 1 ] | Building code. | TXu000451114 | 1990 |
| ☐ [ 2 ] | Building/residential projects--in office--project no. 219. | TXu000542226 | 1992 |
| ☐ [ 3 ] | NC Licensing Board for General Contractors highway exam. | TXu000469749 | 1991 |
| ☐ [ 4 ] | PU (electrical--ahead of point of delivery) project residential & building project no. 122 : residential pt. 2, building pt. 2. | TXu000597604 | 1993 |

Resort results by: [        ▼]                          Set Search Limits

Clear Selected    Retain Selected

◁ previous    next ▷

| Save, Print and Email (Help Page) | |
|---|---|
| **Records** | Select Format: Full Record ▼    Format for Print/Save |
| ○ All on Page<br>⦿ Selected On Page<br>○ Selected all Pages | Enter your email address: [                    ]    Email |



Help    Search    History    Titles    Start Over

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Builder = ("NC Licensing Board for Contractors")[in Name: Claimant (KCLN)]
Search Results: Displaying 1 of 1 entries



Labeled View

### Project no. 127, 222, 129, 224.

**Type of Work:** Text
**Registration Number / Date:** TXu000727260 / 1996-02-20
**Title:** Project no. 127, 222, 129, 224.
**Description:** 4 v.
**Notes:** 4 exams.
**Copyright Claimant:** NC *Licensing Board for Contractors*
**Date of Creation:** 1996
**Names:** NC *Licensing Board for Contractors*



| Save, Print and Email (Help Page) | | |
|---|---|---|
| Select Download Format | Full Record ▼ | Format for Print/Save |
| Enter your email address: | | Email |

Help    Search    History    Titles    Start Over

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |  Copyright Office Home Page  |  Library of Congress Home Page