# EXHIBIT C

# Oxford Compact English Dictionary – Definition of "Tamper"




VIEW BASKET

Entire AskOxford Site 

HOME · SHOP · EDUCATION · PRESS ROOM · CONTACT US ·
ASK THE EXPERTS · BETTER WRITING · WORLD OF WORDS · GAMES · GLOBAL ENGLISH · FOREIGN LANGUAGES
Enter the Winning Words Competition

SELECT VIEW   
You are currently in the UK view

## Compact Oxford English Dictionary



**tamper**

• **verb** (**tamper with**) interfere with (something) without authority or so as to cause damage.

— DERIVATIVES **tamperer** noun.

— ORIGIN alteration of TEMPER.

- Ask The Experts
- Better Writing
- World of Words
- Games
- Global English
- Foreign Languages

LINKS

→ AskOxford Shop
→ External Web Links
→ OUP Website
→ Children's Dictionaries
→ ELT Dictionaries
→ Oxford Online

Perform another search of the Compact Oxford English Dictionary

**About this dictionary**
The *Compact Oxford English Dictionary of Current English* contains 145,000 words, phrases, and definitions.
Find out more about Oxford's range of English dictionaries
Sign up for the AskOxford Word of the Day

Search the Little Oxford Dictionary of Quotations
Search the Concise Dictionary of First Names



PRIVACY POLICY AND LEGAL NOTICE  Content and Graphics © Copyright  Oxford University Press, 2007.  All rights reserved.

Downloaded on 10/4/2007 from http://www.askoxford.com/concise_oed/tamper?view=uk