# EXHIBIT D

# Board's Website Page (www.ncble.org) With Terms of Use for Downloadable Examination Copies

# Board of Law Examiners
## of the State of North Carolina



*Updated October 1, 2007*

**DISCLAIMER:**
The information on this website is to assist persons who are potential general or comity applicants. It is of necessity abbreviated at times. If there is any conflict between any language on this website and the Rules Governing the Admission to Practice Law in the State of North Carolina (Rules), then the Rules prevail.

| | |
|---|---|
| Home | |
| Rules | |
| Deadlines | |
| Bar Exam | |
| Applications | |
| Character & Fitness | |
| Exam Results | |
| Comity | |
| General Forms | |
| Comity Forms | |
| Special Accommodations | |
| FAQ's | |
| Contact Us | |
| Helpful Hints | |
| Laptop Use | |
| Past Exams | |
| Selected Answers | |

**RESTRICTED LICENSE - TERMS OF USE:**

Essay questions from past North Carolina Bar Examinations, along with examples of answers to those questions, are available for downloading by individuals for their own personal, non-commercial use, for the following purposes only:
(i) as souvenirs of bar examinations that they have taken,
(ii) for reviewing answers given by others that received good scores to assist them in understanding why their own answer(s) did not receive a good score on a bar examination that they previously took, or
(iii) as study aids to assist them in preparing to take a future North Carolina bar examination.
Any other use requires prior written permission from the Board of Law Examiners.
The Board of Law Examiners currently does not charge for this download service. The downloaded materials may not, however, be transferred or distributed to any other person, in any form. No copies may be downloaded or used for commercial purposes, and no fee may be charged, paid, or accepted for downloading these materials.

**If you agree to these terms and will abide by them, then please click below to signify your consent and start your download:**

- ☐ July 2005 NC Bar Exam
- ☐ February 2006 NC Bar Exam
- ☐ July 2006 NC Bar Exam
- ☐ February 2007 NC Bar Exam

Downloaded on 10/4/2007 from http://ncble.org/