Board of Law Examiners v. West Publishing Corporation et al                                                                 Doc. 17 Att.

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
### WESTERN DIVISION
### Case No. 5:07-cv-00210

| | |
|---|---|
| BOARD OF LAW EXAMINERS, also known as North Carolina Board of Law Examiners and as The Board of Law Examiners of the State of North Carolina,<br><br>　　　　Plaintiff<br><br>　　vs.<br><br>WEST PUBLISHING CORPORATION and THE THOMSON CORPORATION,<br><br>　　　　Defendants. | **PROPOSED ORDER** |

**THIS CAUSE** being heard on the Consent Motion for Extension of Time; and the Court being of the opinion that the motion should be granted;

**NOW, THEREFORE**, it is **ORDERED**, **ADJUDGED** and **DECREED** that Defendants shall have until November 1, 2007, to file a reply in support of their motion to dismiss.

This the ___ day of _____, 2007.

　　　　　　　　　　　　　　　　　　　　　　　_____

Dockets.Justia.com