IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Case No. 5:07-cv-00210

| | |
|---|---|
| BOARD OF LAW EXAMINERS, also known as North Carolina Board of Law Examiners and as The Board of Law Examiners of the State of North Carolina,<br><br>      Plaintiff<br><br>vs.<br><br>WEST PUBLISHING CORPORATION and THE THOMSON CORPORATION,<br><br>      Defendants. | **ORDER** |

**THIS CAUSE** being heard on the Consent Motion for Extension of Time; and the Court being of the opinion that the motion should be granted;

**NOW, THEREFORE,** it is **ORDERED, ADJUDGED** and **DECREED** that Defendants shall have until November 1, 2007, to file a reply in support of their motion to dismiss.

This the 16th day of October, 2007.