IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Case No. 5:07-cv-00210

| | |
|---|---|
| BOARD OF LAW EXAMINERS, also known as North Carolina Board of Law Examiners and as The Board of Law Examiners of the State of North Carolina,<br><br>Plaintiff<br><br>vs.<br><br>WEST PUBLISHING CORPORATION and THE THOMSON CORPORATION,<br><br>Defendants. | **PROPOSED ORDER** |

**THIS CAUSE** being heard on the Motion For Five-Page Extension For Defendants' Reply Memorandum In Support Of Defendants' Motion To Dismiss; and the Court being of the opinion that the Motion should be granted;

**NOW, THEREFORE**, it is **ORDERED, ADJUDGED** and **DECREED** that Defendants may file a reply memorandum in support of their motion to dismiss which shall not exceed fifteen (15) pages.

This the ___ day of _____, 2007.

_____