# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
### WESTERN DIVISION
### Case No. 5:07-cv-00210

| | |
|---|---|
| BOARD OF LAW EXAMINERS, also known as North Carolina Board of Law Examiners and as The Board of Law Examiners of the State of North Carolina, <br><br> Plaintiff <br><br> vs. <br><br> WEST PUBLISHING CORPORATION and THE THOMSON CORPORATION, <br><br> Defendants. | ORDER |

THIS CAUSE being heard on the Motion For Five-Page Extension For Defendants' Reply Memorandum In Support Of Defendants' Motion To Dismiss; and the Court being of the opinion that the Motion should be granted;

NOW, THEREFORE, it is ORDERED, ADJUDGED and DECREED that Defendants may file a reply memorandum in support of their motion to dismiss which shall not exceed fifteen (15) pages.

This the 25-ie day of October, 2007.