**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Case No.: 5:07-cv-00210-H**

| | |
|---|---|
| BOARD OF LAW EXAMINERS, also known as North Carolina Board of Law Examiners and as The Board of Law Examiners of the State of North Carolina | |
|         Plaintiff, | **NOTICE OF ANTICIPATED DISMISSAL AND REQUEST FOR STAY** |
|     vs. | |
| WEST PUBLISHING CORPORATION and THE THOMSON CORPORATION, | |
|         Defendants, | |

The parties believe the above-captioned case has been resolved, and that they will be dismissing the litigation with prejudice in the near future. Accordingly, the parties request that further action in this matter be stayed for a period of 45 days.

Respectfully submitted, this the 6th day of December, 2007.

| | |
|---|---|
| /s/ John F. Morrow, Jr. | /s/ Susan Freya Olive |
|   NCSB No. #23382 |   NC Bar #7252 |
| Womble Carlyle Sandridge & Rice | OLIVE & OLIVE, P.A. |
| Attorney for Defendants | Attorney for Plaintiff |
| | |
| One West Fourth St. | 500 Memorial Street |
| Winston-Salem, NC 27101 | PO Box 2049 |
| Telephone: (336) 721-3584 | Durham, NC 27702-2049 |
| Facsimile: (336) 733-8429 | Telephone: (919) 683-5514 |
| jmorrow@wcsr.com | Facsimile: (919) 688-3781 |
| | EmailboxEDNC@oliveandolive.com |

-1-

## CERTIFICATE OF SERVICE

The undersigned certifies that on this date the foregoing document, together with any and all attachments thereto, was filed electronically with the Court using the CM/ECF system which will send notice of this filing electronically to Defendants, represented by the following counsel of record:

John F. Morrow, Jr.
Sean E. Andrussier
Hampton Dellinger
*Attorneys for Defendants*
WOMBLE CARLYLE SANDRIDGE & RICE
One West Fourth St.
Winston-Salem, NC 27101
jmorrow@wcsr.com
sandrussier@wcrs.com
hdellinger@wcsr.com


This 6th day of December 2007.

/s/ Susan Freya Olive
  NC Bar #7252
OLIVE & OLIVE, P.A.
Attorneys for Plaintiff

500 Memorial Street
PO Box 2049
Durham, NC 27702-2049
Telephone: (919) 683-5514
Fax:  (919) 688-3781
*EmailboxEDNC@oliveandolive.com*