UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

Case No. 5:07-CV-210-H2

| | | |
|---|---|---|
| BOARD OF LAW EXAMINERS, | ) | |
| a/k/a The Board of Law | ) | |
| Examiners of the State | ) | |
| of North Carolina, | ) | |
| a/k/a North Carolina | ) | |
| Board of Law Examiners | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| WEST PUBLISHING | ) | |
| CORPORATION, d/b/a | ) | |
| BAR/BRI | ) | |
| Defendant. | ) | |

The court has been advised that the parties have settled all matters in controversy among them. Therefore, this matter is DISMISSED subject to the right of any party to file a motion to reopen the case should settlement not be consummated within forty-five (45) days hereof. The parties are directed to file their Stipulation of Dismissal With Prejudice on or before  January 21, 2008 .

The Clerk of Court is directed to remove this matter from the court's pretrial and trial calendars.

This 10th day of December 2007.

Malcolm J. Howard
Senior U.S. District Judge