IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Case No.:  5:07-cv-00210-H

| | |
|---|---|
| BOARD OF LAW EXAMINERS, also known as North Carolina Board of Law Examiners and as The Board of Law Examiners of the State of North Carolina<br>　　　　Plaintiff,<br><br>　　vs.<br><br>WEST PUBLISHING CORPORATION and THE THOMSON CORPORATION,<br>　　　　Defendants, | **JOINT MOTION<br>FOR 30-DAY EXTENSION OF TIME** |

The parties are in the final stages of resolving this matter but require an additional 30 days within which to finalize and file a stipulation of dismissal with prejudice, due to the geographic distance between and within the parties and the number of entities involved.

Accordingly, the parties request that the time set out in the Court's order of December 10th, extending for 45 days the time within which either party might petition to reopen the case, and requiring that a stipulation of dismissal be filed on or before January 21, 2008, be extended for a period of 30 days, and do not expect that another extension will be required.

Respectfully submitted, this the 18th day of January, 2008.

| | |
|---|---|
| /s/ John F. Morrow, Jr.<br>　　NCSB No. 23382<br>Womble Carlyle Sandridge & Rice<br>Attorney for Defendants<br><br>One West Fourth St.<br>Winston-Salem, NC 27101<br>Telephone: (336) 721-3584<br>Facsimile: (336) 733-8429<br>*jmorrow@wcsr.com* | /s/ Susan Freya Olive<br>　　NC Bar  #7252<br>OLIVE & OLIVE, P.A.<br>Attorney for Plaintiff<br><br>500 Memorial Street<br>PO Box 2049<br>Durham, NC 27702-2049<br>Telephone: (919) 683-5514<br>Facsimile:  (919) 688-3781<br>*EmailboxEDNC@oliveandolive.com* |

Dockets.Justia.com

# **CERTIFICATE OF SERVICE**

The undersigned certifies that on this date the foregoing document, together with any and all attachments thereto, was filed electronically with the Court using the CM/ECF system which will send notice of this filing electronically to Defendants, represented by the following counsel of record:

>John F. Morrow, Jr.
>Sean E. Andrussier
>Hampton Dellinger
>*Attorneys for Defendants*
>WOMBLE CARLYLE SANDRIDGE & RICE
>One West Fourth St.
>Winston-Salem, NC 27101
>jmorrow@wcsr.com
>sandrussier@wcrs.com
>hdellinger@wcsr.com

This 18th day of January 2008.

>/s/ Susan Freya Olive
>   NC Bar #7252
>OLIVE & OLIVE, P.A.
>Attorneys for Plaintiff
>
>500 Memorial Street
>PO Box 2049
>Durham, NC 27702-2049
>Telephone: (919) 683-5514
>Fax:  (919) 688-3781
>*EmailboxEDNC@oliveandolive.com*