## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION
### Case No.: 5:07-cv-00210-H

| | |
|---|---|
| BOARD OF LAW EXAMINERS, also known as North Carolina Board of Law Examiners and as The Board of Law Examiners of the State of North Carolina<br><br>Plaintiff,<br><br>vs.<br><br>WEST PUBLISHING CORPORATION and THE THOMSON CORPORATION,<br>Defendants, | **ORDER GRANTING JOINT MOTION FOR 30-DAY EXTENSION OF TIME** |

Upon joint motion of the parties and for good cause set out therein, it is ORDERED that the time periods set out in the Court's Order of December 10, 2007, be and hereby are extended for thirty (30) days and that the parties shall file theirStipulation of Dismissal With Prejudice on or before February 20, 2008.

This 2*1*st day of January, 2008.


_____
Malcolm J. Howard
Senior U.S. District Judge

-1-