IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Case No.: 5:07-cv-00210-H

| | |
|---|---|
| BOARD OF LAW EXAMINERS, also known as North Carolina Board of Law Examiners and as The Board of Law Examiners of the State of North Carolina<br>    Plaintiff,<br><br> vs.<br><br>WEST PUBLISHING CORPORATION and THE THOMSON CORPORATION,<br>    Defendants, | **STIPULATED NOTICE OF DISMISSAL WITH PREJUDICE**<br>--------<br>**[F.R.Civ.P. 41(a)(1)(A)(i)]** |

This matter now has been resolved.  Accordingly, Plaintiff with the express consent of Defendants herewith dismisses its complaint, with prejudice.

Respectfully submitted, this the 20th day of February, 2008.

              /s/ Susan Freya Olive
                NC Bar #7252
              OLIVE & OLIVE, P.A.
              Attorney for Plaintiff

              500 Memorial Street
              PO Box 2049
              Durham, NC 27702-2049
              Telephone: (919) 683-5514
              Facsimile:  (919) 688-3781
              *EmailboxEDNC@oliveandolive.com*

# CERTIFICATE OF SERVICE

The undersigned certifies that on this date the foregoing document, together with any and all attachments thereto, was filed electronically with the Court using the CM/ECF system which will send notice of this filing electronically to Defendants, represented by the following counsel of record:

>John F. Morrow, Jr.
>Sean E. Andrussier
>Hampton Dellinger
>*Attorneys for Defendants*
>WOMBLE CARLYLE SANDRIDGE & RICE
>One West Fourth St.
>Winston-Salem, NC 27101
>jmorrow@wcsr.com
>sandrussier@wcrs.com
>hdellinger@wcsr.com

This 20th day of February 2008.

>/s/ Susan Freya Olive
>    NC Bar #7252
>OLIVE & OLIVE, P.A.
>Attorneys for Plaintiff
>
>500 Memorial Street
>PO Box 2049
>Durham, NC 27702-2049
>Telephone: (919) 683-5514
>Fax: (919) 688-3781
>*EmailboxEDNC@oliveandolive.com*